COPY

1  BINGHAM MCCUTCHEN LLP
   CHRISTOPHER P. BERKA (SBN 94911)
2  chris.berka@bingham.com
   GREG A. CHRISTIANSON (SBN 187231)
3  greg.christianson@bingham.com
   HOLLY PEARSON (SBN 226523)
4  holly.pearson@bingham.com
   1900 University Avenue
5  East Palo Alto, CA 94303-2223
   Telephone: 650.849.4400
6  Facsimile: 650.849.4800

7  Attorneys for Plaintiff
   SANTA CLARA VALLEY WATER DISTRICT

ORIGINAL FILED
07 JUL 20 PM 3:40
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>    Plaintiff,<br>    v.<br><br>OLIN CORPORATION; and DOES 1-10, inclusive,<br><br>    Defendants. | No. C07 03756<br><br>NOTICE REGARDING RELATED CASES AND PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (CIVIL LOCAL RULES 3-12 AND 3-13) |

PLEASE TAKE NOTICE that numerous civil lawsuits have been filed against defendants Olin Corporation ("Olin") and the Santa Clara Valley Water District (the "District") in California state court seeking damages based on the alleged presence of perchlorate in residential water supplies as a result of Olin's operations at 425 Tennant Avenue in Morgan Hill, California. Some cases were removed to the United States District Court for the Northern District of California, San Jose Division, then remanded back to state court. The majority of the cases have been dismissed. The remaining cases are inactive.

The District does not believe that these cases involve all or a material part of the same subject matter as the action captioned above, pursuant to Civil

1  L.R. 3-13, because they address claims by homeowners, not the District's claims at
2  issue in this action. In addition, the District does not believe that these cases
3  involve all or substantially all of the same parties as the action captioned above,
4  pursuant to Civil L.R. 3-13, because they include plaintiffs and additional
5  defendants who are not parties to the action captioned above.
6      In addition, the District does not believe that these cases concern
7  substantially the same parties, property, transaction, or event as the action
8  captioned above. The District further believes that there will not be an unduly
9  burdensome duplication of labor and expense or conflicting results if the cases are
10 conducted before different judges, pursuant to Civil L.R. 3-12.
11     Notwithstanding the District's belief that Civil L.R. 3-12 and 3-13 do
12 not apply, the District desires to bring to the attention of the Court the fact that
13 such other cases were filed in state court, in the interest of full disclosure.
14     Respectfully submitted,
15 DATED: July _20_, 2007

BINGHAM MCCUTCHEN LLP

By: _____
HOLLY L. PEARSON
Attorneys for Plaintiff
SANTA CLARA VALLEY WATER
DISTRICT

NOTICE REGARDING RELATED CASES AND
PENDENCY OF OTHER ACTIONS OR PROCEEDINGS