# APPENDIX A – LIST OF RELATED CASES

**C 03-01211 RMW**             **Daniels, et al. v. Olin Corporation, et al.**

**Related Cases:**

C 03-01289 RMW                 Lujan, et al. v. Olin Corporation, et al.

C 03-01290 RMW                 Hughes, et al. v. Olin Corporation, et al.

C 03-01704 RMW                 Klopp, et al. v. Olin Corporation, et al.


**C 03-01644 RMW**             **Aguilar v. Olin Corporation, et al.**

**Related Cases:**

C 03-01645 RMW                 Aguilar v. Olin Corporation, et al.

C 03-01646 RMW                 Allen v. Olin Corporation, et al.

C 03-01647 RMW                 Avila v. Olin Corporation, et al.

C 03-01649 RMW                 Bailey, et al. v. Olin Corporation, et al.

C 03-01650 RMW                 Callenberg, et al. v. Olin Corporation, et al.

C 03-01651 RMW                 Bardo v. Olin Corporation, et al.

C 03-01652 RMW                 Berlinski, et al. v. Olin Corporation, et al.

C 03-01653 RMW                 Culjis, et al. v. Olin Corporation, et al.

C 03-01654 RMW                 Diaz, et al. v. Olin Corporation, et al.

C 03-01655 RMW                 Fernstrom, et al. v. Olin Corporation, et al.

C 03-01656 RMW                 Forneris, et al. v. Olin Corporation, et al.

C 03-01657 RMW                 Hardy, et al. v. Olin Corporation, et al.

C 03-01658 RMW                 Hodges, et al. v. Olin Corporation, et al.

| | |
|---|---|
| C 03-01659 RMW | Klaver v. Olin Corporation, et al. |
| C 03-01660 RMW | Kreiss, et al. v. Olin Corporation, et al. |
| C 03-01661 RMW | Larson, et al. v. Olin Corporation, et al. |
| C 03-01662 RMW | McDowell, et al. v. Olin Corporation, et al. |
| C 03-01663 RMW | Morton, et al. v. Olin Corporation, et al. |
| C 03-01664 RMW | Moreno, et al. v. Olin Corporation, et al. |
| C 03-01665 RMW | Munoz, et al. v. Olin Corporation, et al. |
| C 03-01666 RMW | Naranjo v. Olin Corporation, et al. |
| C 03-01667 RMW | Neil, et al. v. Olin Corporation, et al. |
| C 03-01668 RMW | Polson, et al. v. Olin Corporation, et al. |
| C 03-01669 RMW | Price, et al. v. Olin Corporation, et al. |
| C 03-01670 RMW | Russo, et al. v. Olin Corporation, et al. |
| C 03-01671 RMW | Sapienza, et al. v. Olin Corporation, et al. |
| C 03-01673 RMW | Souza, et al. v. Olin Corporation, et al. |
| C 03-01674 RMW | Tawney, et al. v. Olin Corporation, et al. |
| C 03-01675 RMW | Tellez v. Olin Corporation, et al. |
| C 03-01677 RMW | Tischler, et al. v. Olin Corporation, et al. |
| C 03-01678 RMW | Turnipseed, et al. v. Olin Corporation, et al. |
| C 03-01679 RMW | Valverde, et al. v. Olin Corporation, et al. |
| C 03-01681 RMW | Villalba, et al. v. Olin Corporation, et al. |
| C 03-01682 RMW | Vandersyde, et al. v. Olin Corporation, et al. |
| C 03-01683 RMW | Virgin v. Olin Corporation, et al. |
| C 03-01684 RMW | Wells, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-01686 RMW | Zanoni, et al. v. Olin Corporation, et al. |
| C 03-01842 RMW | Anacleto, et al. v. Olin Corporation, et al. |
| C 03-01843 RMW | Atencio, et al. v. Olin Corporation, et al. |
| C 03-01844 RMW | Bagley v. Olin Corporation, et al. |
| C 03-01845 RMW | Chavez v. Olin Corporation, et al. |
| C 03-01847 RMW | Dettmer, et al. v. Olin Corporation, et al. |
| C 03-01848 RMW | Fenske, et al. v. Olin Corporation, et al. |
| C 03-01852 RMW | Forst v. Olin Corporation, et al. |
| C 03-01853 RMW | Haro v. Olin Corporation, et al. |
| C 03-01854 RMW | Hussein, et al. v. Olin Corporation, et al. |
| C 03-01856 RMW | Rodriguez, et al. v. Olin Corporation, et al. |
| C 03-01857 RMW | Shelton, et al. v. Olin Corporation, et al. |
| C 03-01862 RMW | Simpson, et al. v. Olin Corporation, et al. |
| C 03-01864 RMW | Whedon, et al. v. Olin Corporation, et al. |
| C 03-01865 RMW | Ware, et al. v. Olin Corporation, et al. |
| C 03-01897 RMW | Edgar, et al. v. Olin Corporation, et al. |
| C 03-01898 RMW | Armendariz v. Olin Corporation, et al. |
| C 03-02003 RMW | Springer, et al. v. Olin Corporation, et al. |
| C 03-02004 RMW | Altamirano et al. v. Olin Corporation, et al. |
| C 03-02005 RMW | Bartholomew, et al. v. Olin Corporation, et al. |
| C 03-02006 RMW | Blanchard, et al. v. Olin Corporation, et al. |
| C 03-02008 RMW | Day v. Olin Corporation |
| C 03-02009 RMW | Dover v. Olin Corporation et al. |
| C 03-02010 RMW | Duran, et al. v. Olin Corporation, et al. |
| C 03-02017 RMW | English, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-02018 RMW | Estrada v. Olin Corporation, et al. |
| C 03-02019 RMW | Estright v. Olin Corporation, et al. |
| C 03-02020 RMW | Forestietri, et al. v. Olin Corporation, et al. |
| C 03-02021 RMW | Forneris, et al. v. Olin Corporation, et al. |
| C 03-02022 RMW | Galvan, et al. v. Olin Corporation, et al. |
| C 03-02024 RMW | Huang, et al. v. Olin Corporation, et al. |
| C 03-02025 RMW | Utley, et al. v. Olin Corporation, et al. |
| C 03-02026 RMW | Walsh v. Olin Corporation, et al. |
| C 03-02027 RMW | Shepard v. Olin Corporation, et al. |
| C 03-02028 RMW | Spangler, et al. v. Olin Corporation, et al. |
| C 03-02032 RMW | Raby v. Olin Corporation, et al. |
| C 03-02033 RMW | Raby, et al. v. Olin Corporation, et al. |
| C 03-02034 RMW | Quihuiz v. Olin Corporation, et al. |
| C 03-02036 RMW | Mitchell, et al. v. Olin Corporation, et al. |
| C 03-02038 RMW | Martinez v. Olin Corporation, et al. |
| C 03-02039 RMW | Linsley, et al. v. Olin Corporation, et al. |
| C 03-02041 RMW | Jolin, et al. v. Olin Corporation, et al. |
| C 03-02043 RMW | Kooker, et al. v. Olin Corporation, et al. |
| C 03-02047 RMW | Huckins v. Olin Corporation, et al. |
| C 03-03195 RMW | Ngai, et al. v. Olin Corporation, et al. |
| C 03-03196 RMW | Abrams v. Olin Corporation, et al. |
| C 03-03197 RMW | Ralston, Sr. v. Olin Corporation, et al. |
| C 03-03198 RMW | Hernandez v. Olin Corporation, et al. |
| C 03-03199 RMW | Perales, et al v. Olin Corporation, et al. |
| C 03-03200 RMW | Dang v. Olin Corporation, et al. |
| C 03-03201 RMW | Duran, et al. v. Olin Corporation, et al. |
| C 03-03202 RMW | Ferrante, et al. v. Olin Corporation, et al. |
| C 03-03203 RMW | Harries, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-03205 RMW | Nunez v. Olin Corporation, et al. |
| C 03-03207 RMW | Drake, et al. v. Olin Corporation, et al. |
| C 03-03208 RMW | Brannon, et al. v. Olin Corporation, et al. |
| C 03-03209 RMW | Garcia, et al. v. Olin Corporation, et al. |
| C 03-05195 RMW | Walsh v. Olin Corporation, et al. |
| C 03-05196 RMW | Steffenson v. Olin Corporation, et al. |
| C 03-05197 RMW | Serrano v. Olin Corporation, et al. |
| C 03-05198 RMW | Webb v. Olin Corporation, et al. |
| C 03-05199 RMW | Tovar v. Olin Corporation, et al. |
| C 03-05200 RMW | Sugiyama, et al. v. Olin Corporation, et al. |
| C 03-05201 RWM | Cupertino Development Corp. v. Olin Corporation, et al. |
| C 03-05202 RMW | Aguarista v. Olin Corporation, et al. |
| C 03-05203 RMW | Subocz v. Olin Corporation, et al. |
| C 03-05204 RMW | Hutchings v. Olin Corporation, et al. |
| C 03-05205 RMW | Burns v. Olin Corporation, et al. |
| C 03-05206 RMW | Pearson v. Olin Corporation, et al. |
| C 03-05207 RMW | Basquez v. Olin Corporation, et al. |
| C 03-05208 RMW | De La Torre v. Olin Corporation, et al. |
| C 03-05210 RMW | Consentino v. Olin Corporation, et al. |
| C 03-05211 RMW | Supnet v. Olin Corporation, et al. |
| C 03-05212 RMW | Wagler v. Olin Corporation, et al. |
| C 03-05213 RMW | Ward v. Olin Corporation, et al. |
| C 03-05214 RMW | Truitt v. Olin Corporation, et al. |
| C 03-05215 RMW | Roman, et al. v. Olin Corporation, et al. |
| C 03-05216 RMW | Alton v. Olin Corporation, et al. |
| C 03-05219 RMW | Bhola v. Olin Corporation, et al. |
| C 03-05220 RMW | De Carlo v. Olin Corporation, et al. |
| C 03-05222 RMW | Tovar v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-05224 RMW | Perkins v. Olin Corporation, et al. |
| C 03-05225 RMW | Hinesar v. Olin Corporation, et al. |
| C 03-05226 RMW | Perreir v. Olin Corporation, et al. |
| C 03-05228 RMW | Naranjo v. Olin Corporation, et al. |
| C 03-05229 RMW | Martinez v. Olin Corporation, et al. |
| C 03-05230 RMW | Leung, et al. v. Olin Corporation, et al. |
| C 03-05231 RMW | Martin v. Olin Corporation, et al. |

**C 03-01607 RMW**              **Palmisano, et al. v. Olin Corporation, et al.**

**Related Cases:**

| | |
|---|---|
| C 03-01609 RMW | Cowell, et al. v. Olin Corporation, et al. |
| C 03-01610 RMW | Gibbs, et al. v. Olin Corporation, et al. |
| C 03-01611 RMW | McMahon, et al. v. Olin Corporation, et al. |
| C 03-01614 RMW | Sinni, et al. v. Olin Corporation, et al. |
| C 03-01615 RMW | Hays, et al. v. Olin Corporation, et al. |
| C 03-01616 RMW | Messina, et al. v. Olin Corporation, et al. |
| C 03-01617 RMW | Safakish, et al. v. Olin Corporation, et al. |
| C 03-01619 RMW | Billings, et al. v. Olin Corporation, et al. |
| C 03-01620 RMW | Bustillos, et al. Olin Corporation, et al. |
| C 03-01621 RMW | Andersen, et al. v. Olin Corporation, et al. |
| C 03-01622 RMW | Lopez, et al. v. Olin Corporation, et al. |
| C 03-01623 RMW | Guerra, et al. v. Olin Corporation, et al. |
| C 03-01625 RMW | Robinson, et al. v. Olin Corporation, et al. |
| C 03-01627 RMW | Pereira, et al. v. Olin Corporation, et al. |
| C 03-01628 RMW | Cole, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-01689 RMW | Luberto, et al. v. Olin Corporation, et al. |
| C 03-01690 RMW | Thomas, et al. v. Olin Corporation, et al. |
| C 03-01691 RMW | Stoll, et al. v. Olin Corporation, et al. |
| C 03-01692 RMW | Sutton, et al. v. Olin Corporation, et al. |
| C 03-01694 RMW | Ayala, et al. v. Olin Corporation, et al. |
| C 03-01695 RMW | Keehn, et al. v. Olin Corporation, et al. |
| C 03-01696 RMW | Klingbeil, et al. v. Olin Corporation, et al. |
| C 03-01698 RMW | Britton, et al. v. Olin Corporation, et al. |
| C 03-01699 RMW | Bonfiglio, et al. v. Olin Corporation, et al. |
| C 03-01701 RMW | Montgomery, et al. v. Olin Corporation, et al. |
| C 03-01716 RMW | Matthews, et al. v. Olin Corporation, et al. |
| C 03-01717 RMW | Vaughn, et al. v. Olin Corporation, et al. |
| C 03-01718 RMW | Curiel, et al. v. Olin Corporation, et al. |
| C 03-01720 RMW | Hawkes, et al. v. Olin Corporation, et al. |
| C 03-01721 RMW | Froess, et al. v. Olin Corporation, et al. |
| C 03-01723 RMW | Fedalizo, et al. v. Olin Corporation, et al. |
| C 03-01724 RMW | Hughes, et al. v. Olin Corporation, et al. |
| C 03-01730 RMW | Smith, et al. v. Olin Corporation, et al. |
| C 03-01732 RMW | Bechtold, et al. v. Olin Corporation, et al. |
| C 03-01734 RMW | Wang, et al. v. Olin Corporation, et al. |
| C 03-01735 RMW | Ferry, et al. v. Olin Corporation, et al. |
| C 03-01736 RMW | Ressler, et al. v. Olin Corporation, et al. |
| C 03-01738 RMW | Luner, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-01751 RMW | Clevett, et al. v. Olin Corporation, et al. |
| C 03-01753 RMW | Owen, et al. v. Olin Corporation, et al. |
| C 03-01754 RMW | Fedalizo, et al. v. Olin Corporation, et al. |
| C 03-01755 RMW | Seward, et al. v. Olin Corporation, et al. |
| C 03-01756 RMW | Miller, et al. v. Olin Corporation, et al. |
| C 03-01757 RMW | Enos, et al. v. Olin Corporation, et al. |
| C 03-01758 RMW | Alegre, et al. v. Olin Corporation, et al. |
| C 03-01759 RMW | Chase, et al. v. Olin Corporation, et al. |
| C 03-01947 RMW | Schoepe, et al. v. Olin Corporation, et al. |
| C 03-01948 RMW | Montemagno, et al. v. Olin Corporation, et al. |
| C 03-01949 RMW | Thorson, et al. v. Olin Corporation, et al. |
| C 03-01950 RMW | Tagliaferri, et al. v. Olin Corporation, et al. |
| C 03-01951 RMW | GVL Partners, et al. v. Olin Corporation, et al. |
| C 03-01952 RMW | Feak, et al. v. Olin Corporation, et al. |
| C 03-02247 RMW | Trumbull, et al. v. Olin Corporation, et al. |
| C 03-02248 RMW | Molyneux, et al. v. Olin Corporation, et al. |
| C 03-02251 RMW | Miner, et al. v. Olin Corporation, et al. |
| C 03-02252 RMW | Sanchez, et al. v. Olin Corporation, et al. |
| C 03-02253 RMW | Stanford, et al. v. Olin Corporation, et al. |
| C 03-02254 RMW | Wess, et al. v. Olin Corporation, et al. |
| C 03-02255 RMW | Rosenzweig, et al. v. Olin Corporation, et al. |
| C 03-02257 RMW | Shuyler, et al v. Olin Corporation, et al. |
| C 03-02258 RMW | Bravo, et al. v. Olin Corporation, et al. |
| C 03-02260 RMW | Sosa, et al. v. Olin Corporation, et al. |
| C 03-02261 RMW | Lewis, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-02263 RMW | Cowell, et al. v. Olin Corporation, et al. |
| C 03-02732 RMW | Smith, et al v. Olin Corporation, et al. |
| C 03-02733 RMW | LoCicero, et al. v. Olin Corporation, et al. |
| C 03-02734 RMW | Spohn, et al. v. Olin Corporation, et al. |
| C 03-02735 RMW | Collins, et al. v. Olin Corporation, et al. |
| C 03-02736 RMW | Boyd, et al. v. Olin Corporation, et al. |
| C 03-02737 RMW | Garvin, et al. v. Olin Corporation, et al. |
| C 03-02740 RMW | DellaMaggiore, et al. v. Olin Corporation, et al. |
| C 03-02741 RMW | Smith, et al. v. Olin Corporation, et al. |
| C 03-02742 RMW | Kessler, et a. v. Olin Corporation, et al. |
| C 03-02743 RMW | Boten, et al. v. Olin Corporation, et al. |
| C 03-02744 RMW | Riso, et al. v. Olin Corporation, et al. |
| C 03-02746 RMW | Gallacinao, et al. v. Olin Corporation, et al. |
| C 03-02748 RMW | Dalla, t al. v. Olin Corporation, et al. |
| C 03-02756 RMW | Patin, et al. v. Olin Corporation, et al. |
| C 03-03355 RMW | White, et al. v. Olin Corporation, et al. |
| C 03-03357 RMW | Marrero et al. v. Olin Corporation, et al. |
| C 03-03360 RMW | Gieselman et al. v. Olin Corporation, et al. |
| C 03-03361 RMW | Wright, et al. v. Olin Corporation, et al. |
| C 03-03362 RMW | Le, et al. v. Olin Corporation, et al. |
| C 03-04008 RMW | Gracie, et al. v. Olin Corporation, et al. |
| C 03-04009 RMW | Turk, et al. v. Olin Corporation, et al. |
| C 03-04010 RMW | Estep, et al. v. Olin Corporation, et al. |
| C 03-04011 RMW | Robertson, et al. v. Olin Corporation, et al. |
| C 03-04012 RMW | Cinnamond, et al. v. Olin Corporation, et al. |
| C 03-04013 RMW | Rubida, et al. v. Olin Corporation, et al. |
| C 03-04014 RMW | Johnson, et al. v. Olin Corporation, et al. |
| C 03-04015 RMW | Hudson, et al. v. Olin Corporation, et al. |

| | |
|---|---|
| C 03-04017 RMW | Rojas, et al. v. Olin Corporation, et al. |
| C 03-04018 RMW | Connery, et al. v. Olin Corporation, et al. |
| C 03-04019 RMW | Wolford, et al. v. Olin Corporation, et al. |
| C 03-04038 RMW | Brothers, et al. v. Olin Corporation, et al. |
| C 03-04849 RMW | Porter, et al. v. Olin Corporation, et al. |
| C 03-05542 RMW | Advent Group Ministries, et al. v. Olin Corporation, et al. |
| C 03-05543 RMW | Clifton, et al. v. Olin Corporation, et al. |
| C 03-05544 RMW | Jenkins, et al. v. Olin Corporation, et al. |
| C 03-05547 RMW | Konezny, et al. v. Olin Corporation, et al. |
| C 03-05549 RMW | Peters, et al. v. Olin Corporation, et al. |
| C 03-05550 RMW | Matthew, et al. v. Olin Corporation, et al. |
| C 03-05551 RMW | Alvarado, et al. v. Olin Corporation, et al. |
| C 03-05552 RMW | Von Lackum, et al. v. Olin Corporation, et al. |
| C 03-05553 RMW | Urban, et al. v. Olin Corporation, et al. |
| C 03-05554 RMW | Stinson, et al. v. Olin Corporation, et al. |
| C 03-05555 RMW | Souza, et al. v. Olin Corporation, et al. |
| C 03-05916 RMW | Orr, et al. v. Olin Corporation, et al. |
| C 03-05917 RMW | Rotolo, et al. v. Olin Corporation, et al. |
| C 03-05919 RMW | Manoukian, et al. v. Olin Corporation, et al. |
| C 04-00121 RMW | Parker, et al. v. Olin Corporation, et al. |
| C 04-00195 RMW | D'Anna, et al. v. Olin Corporation, et al. |
| C 04-00888 RMW | Birkey, et al. v. Olin Corporation, et al. |
| C 04-02668-RMW | Rianda, et al. v. Olin Corporation, et al. |
| C 04-05277-RMW | Wilkins, et al. v. Olin Corporation |