# ORIGINAL

Case 5:07-cv-03756-RMW  Document 4-3  Filed 07/30/2007  Page 1 of 2

1  BINGHAM MCCUTCHEN LLP
   CHRISTOPHER P. BERKA (SBN 94911)
2  chris.berka@bingham.com
   GREG A. CHRISTIANSON (SBN 181231)
3  greg.christianson@bingham.com
   HOLLY PEARSON (SBN 226523)
4  holly.pearson@bingham.com
   1900 University Avenue
5  East Palo Alto, CA 94303-2223
   Telephone: 650.849.4400
6  Facsimile: 650.849.4800

7  Attorneys for Plaintiff
   SANTA CLARA VALLEY WATER DISTRICT

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  SANTA CLARA VALLEY WATER              No. C07 03756 JW
    DISTRICT,
14                                        NOTICE REGARDING
                Plaintiff,                RELATED CASES AND
15         v.                             PENDENCY OF OTHER
                                          ACTIONS OR PROCEEDINGS
16  OLIN CORPORATION; and DOES 1-10,      (CIVIL LOCAL RULES 3-12
    inclusive,                            AND 3-13)
17
                Defendants.
18

19         PLEASE TAKE NOTICE that numerous civil lawsuits have been

20  filed against defendants Olin Corporation ("Olin") and the Santa Clara Valley

21  Water District (the "District") in California state court seeking damages based on

22  the alleged presence of perchlorate in residential water supplies as a result of

23  Olin's operations at 425 Tennant Avenue in Morgan Hill, California. Some cases

24  were removed to the United States District Court for the Northern District of

25  California, San Jose Division, then remanded back to state court. The majority of

26  the cases have been dismissed. The remaining cases are inactive.

27         The District does not believe that these cases involve all or a material

28  part of the same subject matter as the action captioned above, pursuant to Civil

---

NOTICE REGARDING RELATED CASES AND
PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

1   L.R. 3-13, because they address claims by homeowners, not the District's claims at

2   issue in this action. In addition, the District does not believe that these cases

3   involve all or substantially all of the same parties as the action captioned above,

4   pursuant to Civil L.R. 3-13, because they include plaintiffs and additional

5   defendants who are not parties to the action captioned above.

6         In addition, the District does not believe that these cases concern

7   substantially the same parties, property, transaction, or event as the action

8   captioned above. The District further believes that there will not be an unduly

9   burdensome duplication of labor and expense or conflicting results if the cases are

10  conducted before different judges, pursuant to Civil L.R. 3-12.

11        Notwithstanding the District's belief that Civil L.R. 3-12 and 3-13 do

12  not apply, the District desires to bring to the attention of the Court the fact that

13  such other cases were filed in state court, in the interest of full disclosure.

14        Respectfully submitted,

15  DATED: July _20_, 2007

16

17                   BINGHAM MCCUTCHEN LLP

18

19                   By: _____

20                      HOLLY L. PEARSON
                            Attorneys for Plaintiff

21               SANTA CLARA VALLEY WATER
                           DISTRICT

22

23

24

25

26

27

28

2

---

NOTICE REGARDING RELATED CASES AND
PENDENCY OF OTHER ACTIONS OR PROCEEDINGS