| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | CHRISTOPHER P. BERKA (SBN 94911) |
| 2 | chris.berka@bingham.com |
| | GREG A. CHRISTIANSON (SBN 181231) |
| 3 | greg.christianson@bingham.com |
| | HOLLY PEARSON (SBN 226523) |
| 4 | holly.pearson@bingham.com |
| | 1900 University Avenue |
| 5 | East Palo Alto, CA 94303-2223 |
| | Telephone: 650.849.4400 |
| 6 | Facsimile: 650.849.4800 |
| 7 | Attorneys for Plaintiff |
| | SANTA CLARA VALLEY WATER DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 13 | MARK DANIELS, KISTI DANIELS, SUE McELWAINE, LOUIS J. KATEN, JR. and FRED N. THREATT, on Behalf of Themselves and All Others Similarly Situated, | No. C 03-01211 RMW |
| | | PROOF OF SERVICE |
| 16 | Plaintiffs, | |
| 17 | v. | |
| | OLIN CORPORATION, | |
| 18 | Defendants. | |
| 19 | | |
| 20 | SANTA CLARA VALLEY WATER DISTRICT, | No. C07 03756 JW |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | OLIN CORPORATION; and DOES 1-10, inclusive, | |
| 24 | Defendants. | |

PROOF OF SERVICE

PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of San Mateo, California at 1900 University Avenue, East Palo Alto, California 94303-2223. I am readily familiar with the practice of this office for collection and processing of correspondence for next business day delivery by FedEx, and correspondence is deposited with FedEx that same day in the ordinary course of business.

Today I served the attached:

RESPONSE BY THE SANTA CLARA VALLEY WATER DISTRICT TO OLIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

by causing a true and correct copy of the above to be delivered by FedEx from East Palo Alto, California in sealed envelope(s) with all fees prepaid, addressed as follows:

| | |
|---|---|
| Richard Alexander, Esq.<br>William M. Audet, Esq.<br>Jeffrey W. Rickard, Esq.<br>Ryan M. Hagan, Esq.<br>Alexander, Hawes & Audet, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112 | Robert M. Gagliasso<br>Andrew V. Stearns<br>Bustamante & O'Hara<br>Ten Almaden Boulevard, Suite 650<br>San Jose, CA 95113 |
| Mark P. Rapazzini<br>M. Elizabeth Graham<br>Rapazzini & Graham LLP<br>One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104 | Stanley G. Hilton<br>Law Offices of Stanley G. Hilton<br>2570 North First Street, Suite 200<br>San Jose, CA 95131 |
| Colin L. Pearce<br>Timothy W. Moppin<br>Matthew K. Kliszewski<br>Duane Morris LLP<br>One Market, Spear Tower, Suite 2000<br>San Francisco, CA 94105-1104 | Renee C. Day, Esq.<br>Robert H. Bohn, Esq.<br>Bohn & Bohn LLP<br>152 N. Third Street, Suite 200<br>San Jose, CA 95112 |

1
2
3
4

Bernard J. Allard, Esq.
John P. Cardosi, Esq.
Popelka Allard, A.P.C.
One Almaden Boulevard, Eighth Floor
San Jose, CA  95113-2215

5
6

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on August 2, 2007.

7
8

/s/ Mary Jean Hasegawa
Mary Jean Hasegawa

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26