1  BINGHAM MCCUTCHEN LLP
   CHRISTOPHER P. BERKA (SBN 94911)
2  chris.berka@bingham.com
   GREG A. CHRISTIANSON (SBN 181231)
3  greg.christianson@bingham.com
   HOLLY PEARSON (SBN 226523)
4  holly.pearson@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
6  Facsimile:  650.849.4800

7  Attorneys for Plaintiff
   SANTA CLARA VALLEY WATER DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK DANIELS, KISTI DANIELS, SUE McELWAINE, LOUIS J. KATEN, JR. and FRED N. THREATT, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br>　v.<br>OLIN CORPORATION,<br><br>　　　　Defendants. | No.  C 03-01211 RMW<br><br>PROOF OF SERVICE |
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>　　　　Plaintiff,<br>　v.<br>OLIN CORPORATION; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No.  C07 03756 JW |

PROOF OF SERVICE

## **PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in San Mateo County, California at 1900 University Avenue, East Palo Alto, California 94303-2223. I am readily familiar with the practice of this office for collection and processing of correspondence for email delivery, and they are sent that same day in the ordinary course of business.

On August 2, 2007, I served the attached:

RESPONSE BY THE SANTA CLARA VALLEY WATER DISTRICT TO OLIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | |
|---|---|
| ☐ | (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| ☐ | (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at East Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business. |
| ☐ | (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by PROOF OF SERVICE in sealed envelope(s) with all fees prepaid at the address(es) set forth below. |
| ☒ | (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed on the attached service list to the email addresses set forth on this date. |

| | |
|---|---|
| Michael Molland<br>Morgan Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>mmolland@morganlewis.com | |

1

PROOF OF SERVICE

1      I declare that I am employed in the office of a member of the bar of this court at
2  whose direction the service was made and that this declaration was executed on August 2, 2007.

3

4                                           /s/ Mary Jean Hasegawa
                                             Mary Jean Hasegawa

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

PROOF OF SERVICE