1  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
2  333 West San Carlos Street, Suite 1600
   San Jose, CA 95110
3  Telephone: (408) 993-9911
4  Facsimile: (408) 993-1335

5  MICHAEL E. MOLLAND, Cal. Bar #111830
   MORGAN, LEWIS & BOCKIUS, LLP
6  One Market, Spear Street Tower
   San Francisco, CA 94105
7  Telephone: (415) 442-1121
   Facsimile: (415) 442-1001
8
   **Attorneys for Defendant Olin Corporation**
9

10

11                UNITED STATES DISTRICT COURT

12       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

13  MARK DANIELS, KISTI DANIELS,        )   Case No. C 03-01211 RMW
14  SUE MCELWAINE, LOUIS J. KATEN,      )
    JR. and FRED N. THREATT, on Behalf  )   **CERTIFICATE OF SERVICE RE**
15  of Themselves and All Others Similarly )  **ADMINISTRATIVE MOTION TO**
    Situated,                           )   **CONSIDER WHETHER CASES**
16                                      )   **SHOULD BE RELATED**
                                        )
17          Plaintiffs,                 )
    v.                                  )
18                                      )
                                        )
19  OLIN CORPORATION,                   )
                                        )
20          Defendant.                  )
                                        )
21                                      )
                                        )   Case No.: C 07-03756 JW
22  SANTA CLARA VALLEY WATER            )
    DISTRICT,                           )
23                                      )
                                        )
24          Plaintiffs,                 )
    v.                                  )
25                                      )
                                        )
26  OLIN CORPORATION,                   )
                                        )
27          Defendant.                  )

28

**CERTIFICATE OF SERVICE RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- 1 -

*Mark Daniels v. Olin Corp.* Case No. C03-01211 RMW

*Santa Clara Valley Water District v. Olin Corp.* Case No. C07-03756 JW

## DECLARATION OF PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 333 West San Carlos, Suite 1600, San Jose, CA 95110.

On this day, I caused to be served a true and correct copy of the following document(s):

1) **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

2) **DECLARATION OF RANDALL C. CREECH IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

by delivering as noted below:

___ **MAIL:** I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ **FEDERAL EXPRESS:** Placed in a Federal Express facility.

_X_ **PERSONAL SERVICE:** Delivered by hand to the office of the addressee.

___ **FACSIMILE** Transmitted via facsimile transmission to the Addressee as noted below.

Delivered to the offices of:

Stanley G. Hilton
Law Offices of Stanley G. Hilton
2570 N 1st St Ste 200
San Jose CA 95131

Belinda Rianda
15635 Via Castana
Morgan Hill, CA 95037

Robert M. Gagliasso
Bustamante & O'Hara
333 West San Carlos St., 8th Floor
San Jose, CA 95110

John McIntyre
Popelka Law Group
160 W Santa Clara St Fl 22
San Jose CA 95113

**CERTIFICATE OF SERVICE RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

-2-

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at San Jose, California, on August 1, 2007.

_____
VALYNN R. TORRES