| Attorney or Party without Attorney:<br>CHRISTOPHER P. BERKA, Bar #94911<br>BINGHAM MCCUTCHEN LLP<br>1900 UNIVERSITY AVE.<br>EAST PALO ALTO, CA 94303<br>Telephone No: 650-849-4400 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff: SANTA CLARA VALLEY WATER DISTRICT
Defendant: OLIN CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0703756 JW RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Notice Of Regarding Related Cases And Pendency Of Other Actions Or Proceedings; Welcome To The United States District Court For The Northern District Of California, Clerk's, San Jose Division; Efc Registration Information Handout; Notice Of Electronic Availability Of Case File Information; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Proces; Order Of The Chief Judge, In Re: Electronic Filing In Cases With Unrepresented Parties; Order Setting Initial Case Management Conference And Ard Deadlines; Standing Order Regarding Case Management In Civil Cases; Completely Fill Out/Correct Form Before Submitting To Courtcall.

3. a. Party served:      OLIN CORPORATION
   b. Person served:   MARGRET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEMS, REGISTERED AGENT., SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   818 WEST SEVENTH STREET
                                          2ND FLOOR
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 24, 2007 (2) at: 3:15PM

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                              d. The Fee for Service was:
   b. **FIRST LEGAL SUPPORT SERVICES**                          e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                                           (i) Independent Contractor
      LOS ANGELES, CA 90071                                          (ii) Registration No.:  5141
   c. 213-250-1111                                                   (iii) County:          Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jul. 25, 2007

Judicial Council Form                    PROOF OF SERVICE              (DOUG FORREST)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                        3869495.chrber.77698