# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SANTA CLARA VALLEY WATER DISTRICT, Plaintiff

v.

OLIN CORPORATION; and DOES 1-10, inclusive, Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 03756**

TO: (Name and address of defendant)
CT Corporation System
Agent for Service of Process for Olin Corporation
818 West Seventh St.
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher P. Berka (SBN 94911)/Greg A. Christianson (SBN 181231)/

Holly L. Pearson (SBN 226523)

Bingham McCutchen LLP, 1900 University Ave., East Palo Alto, CA 94303-2223

Phone: (650) 849-4400; Fax: (650) 849-4800

email: chris.berka@bingham.com; greg.christianson@bingham.com; holly.pearson@bingham.com

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 7-20-07

(BY) DEPUTY CLERK

SANDY MORRIS

American LegalNet, Inc.
www.USCourtForms.com