MICHAEL E. MOLLAND, State Bar No. 111830
BENJAMIN P. SMITH, State Bar No. 197551
AARON S. DUTRA, State Bar No. 216971
SETH A. MCGIBBEN, State Bar No. 227261
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
    bpsmith@morganlewis.com
    adutra@morganlewis.com
    smcgibben@morganlewis.com

RANDALL C. CREECH, State Bar No. 65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335
E-mail: rcreech@sjlegal.com

Attorneys for Defendant
OLIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OLIN CORPORATION, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. C07-03756 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OLIN CORPORATION'S MOTION TO DISMISS PLAINTIFF'S FIFTH AND SEVENTH CAUSES OF ACTION**<br><br>Date: Monday, September 17, 2007<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8, Fourth Floor<br>Judge: The Honorable James Ware |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7587906.1

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS FIFTH AND SEVENTH CAUSES OF ACTION

1  Defendant Olin Corporation's ("Olin") motion to dismiss the fifth and seventh causes of
2  action of plaintiff Santa Clara Valley Water District's Complaint pursuant to Federal Rule of
3  Civil Procedure 12(b)(6) came on for hearing before this Court on September 17, 2007.
4  After due consideration to the moving, opposition, and reply papers, as well as the oral
5  arguments of counsel at the hearing on plaintiff's motion, and good cause having been shown, IT
6  IS hereby ORDERED as follows:
7  Olin's motion to dismiss the fifth cause of action for public nuisance and seventh cause of
8  action for common law equitable indemnity is granted and these causes of action are dismissed
9  with prejudice.
10  IT IS SO ORDERED.

Dated: September ____, 2007

_____
Hon. James Ware
Judge of the United States District Court