MORGAN, LEWIS & BOCKIUS LLP
MICHAEL E. MOLLAND, State Bar No. 111830
BENJAMIN P. SMITH, State Bar No. 197551
AARON S. DUTRA, State Bar No. 216971
SETH A. MCGIBBEN, State Bar No. 227261
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
        bpsmith@morganlewis.com
        asdutra@morganlewis.com
        smcgibben@morganlewis.com

CREECH, LIEBOW & KRAUS
RANDALL C. CREECH, Cal. Bar #65542
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335
E-mail: rcreech@sjlegal.com

Attorneys for Defendant
OLIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>OLIN CORPORATION; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C 07-03756 JW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT OLIN CORPORATION'S MOTION TO STRIKE**<br><br>Date:       September 17, 2007<br>Time:       9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:      The Honorable James Ware |

1 **REQUEST FOR JUDICIAL NOTICE**

Defendant Olin Corporation hereby respectfully requests that this Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201:

Exhibit A: A true and correct copy of the March 21, 2001 California Regional Water Quality Control Board, Central Coast Region ("Regional Board") letter to Olin Corporation.

Exhibit B: A true and correct copy of the July 6, 2004 Regional Board letter to Olin Corporation and enclosed Cleanup and or Abatement Order (Order) No. R3-2004-0101.

Exhibit C: A true and correct copy of the Regional Board Staff Report for Regular Meeting of May 10-11, 2007.

Under Federal Rule of Evidence 201, a judicially noticeable fact is one "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Under Rule 201, the Court may take judicial notice of the records of state agencies and other undisputed matters of public record. *See Lee v. City of Los Angeles*, 250 F. 3d 668, 689 (9th Cir. 2001) (explaining that a court may judicially notice matters of public record unless the matter is a fact subject to reasonable dispute); *Kottle v. N.W. Kidney Ctrs.*, 146 F. 3d 1056, 1064 n. 7 (9th Cir. 1998) (holding that state health department records were properly judicially noticed); *Mack v. S. Bay Beer Distribs., Inc.*, 798 F. 2d 1279, 1282 (9th Cir.1986) (stating that a court may take judicial notice of records and reports of state administrative bodies), overruled on other grounds by *Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | Exhibits A through C are official letters, orders and reports of the Regional Board.
2 Defendant respectfully requests that the Court take judicial notice of Exhibits A through C in
3 determining its Motion to Strike.

5 Dated: August 13, 2007    MORGAN, LEWIS & BOCKIUS LLP

MICHAEL E. MOLLAND
BENJAMIN P. SMITH
AARON S DUTRA
SETH A. MCGIBBEN

By_____/S/_____
        Seth A. McGibben

Attorneys for Defendant
OLIN CORPORATION