# EXHIBIT A

Apr 23 01 10:21a        RWQCB Central Coast            805 543 0397              p.1



# FILE COPY
# California Regional Water Quality Control Board
## Central Coast Region



Winston H. Hickox
*Secretary for Environmental Protection*

Internet Address: http://www.swrcb.ca.gov/rwqcb3
81 Higuera Street, Suite 200, San Luis Obispo, California 93401-5411
Phone (805) 549-3147 · FAX (805) 543-0397

Gray Davis
*Governor*

cc: G. Hilliard

March 21, 2001

Mr. Richard W. McClure
Olin Corporation
Environmental Remediation Group
PO Box 248
Charleston, TN 37310-0248

Post-It® Fax Note 7671  Date 4/23/01  # of pages ▶ 9
To RICK McCLURE          From A. JOHN MIJARES
Co./Dept. OLIN CORPORATION   Co. RWQCB
Phone # 423-336-4576     Phone # 805-549-3696
Fax # 423-336-4166       Fax # 805-543-0397

**SLIC: 425 TENNANT AVENUE, MORGAN HILL; ADDITION OF OLIN CORPORATION TO THE COST RECOVERY PROGRAM FOR REGIONAL WATER QUALITY CONTROL BOARD REGULATORY OVERSIGHT**

The California Regional Water Quality Control Board (RWQCB) is a State regulatory agency with the responsibility for protecting the quality of groundwater and surface waters within its area of jurisdiction. The RWQCB has been given authority under State law to require submission of information, direct action, establish regulations, levy penalties and/or bring legal action when necessary to protect water quality. California Water Code (CWC) Section 13304 provides that the RWQCB may require any person who causes or permits the discharge of waste into waters of the State to completely clean up all waste discharged and restore the affected water to background conditions (i.e. the water quality that existed before the discharge). The RWQCB may require uncooperative landowners and tenants of adjacent properties affected by the discharge to cooperate or if necessary to participate in the cleanup.

Regional Board staff has reviewed URS Corporation February 26, 2001, *Groundwater Sampling and Analysis Report* (Report) for the subject site. The Report confirms that groundwater underneath the site is contaminated with perchlorate at concentrations exceeding the Department of Health Services action level of 18 micrograms per liter ($\mu g/l$). Consequently, additional investigation is needed to delineate the extent of perchlorate groundwater contamination and to determine an appropriate corrective action. Also, the potential impact to the City of Morgan Hill municipal drinking water supply well (located approximately 300 feet southeast and downgradient from the site with respect to groundwater flow direction) must be verified. Therefore, you must collect a groundwater sample from the city well; as soon as possible, analyze it for perchlorate and submit the results to us by **April 30, 2001**. We understand that additional soil and groundwater investigations were conducted recently and report of the results would be submitted to us soon or no later than **April 30, 2001**.

The site was purchased by Olin Corporation (Olin) in 1956 and operated by Olin from 1956 to 1988. During this period, Olin operated under several names: Signal Products Corporation, Pace Pool Chemicals, and Energy Systems Corporation. Olin manufactured highway and railroad flares, railway signal torpedoes, clay pigeons (skeet) and pool supplies. Beginning in 1988, Standard Fusee Corporation (Fusee) leased the facility to manufacture flares until December 31, 1995. From January to November 1996, Fusee used the facility as a storage and distribution facility. The Santa Clara County Central Fire Protection District issued an Aboveground Hazardous Materials Closure to Fusee on November 22, 1996. Olin has since demolished all of the buildings and disposed of most of the demolition debris offsite. Both Olin and Fusee used potassium perchlorate in the manufacture of flares.

The site lies within the South Santa Clara Valley Hydrologic Area (HA). The "Water Quality Control Plan, Central Coast Region" (Basin Plan) designates groundwater in this HA as having beneficial uses

*California Environmental Protection Agency*

♻ *Recycled Paper*

Mr. McClure                              2                              March 21, 2001

including domestic and municipal supply, agricultural supply and industrial supply. The water quality objective for perchlorate, based on the Department of Health Services Action Level, is 18 µg/l.

State Water Resources Control Board Resolution No. 92-49 (as amended on April 21, 1994, hereafter Resolution No. 92-49) requires cleanup and abatement actions conform to the provisions of Resolution No. 68-16 (Anti-Degradation Policy). Resolution No. 92-49 specifies the goal for cleanup should be to remove pollutants to background levels. If a RWQCB determines that achieving background is not feasible it may set a less stringent level. However, the cleanup level must be the most stringent level that is technologically and economically achievable and in no case can the cleanup level exceed the level needed to protect current and designated beneficial uses of the receiving water. Any cleanup level must be stringent enough that it does not pose a threat to public health or safety. Finally, the cleanup level must be consistent with the maximum benefit to the people of the State.

*Cost Reimbursement for Regulatory Oversight*

Our statutory authority to recover reasonable costs for regulatory oversight of cleanups is based upon provisions of the CWC, including Sections 13267, 13304 and 13365. These Sections of the CWC allow the RWQCB to recover reasonable expenses from a responsible party for oversight of cleanup of illegal discharges, contaminated properties, and other unregulated releases potentially or actually adversely affecting waters of the State. It is our intention to recover regulatory oversight costs for time expended providing regulatory review and oversight of the remediation project at this site. Our oversight work includes field and office work, including site inspections, sampling, coordination with other agencies, meetings, case discussions, technical report and other document review, regulation review and order and correspondence preparation. You will be invoiced periodically (generally every three months) and your account will be due and payable at the time of invoicing. Please acknowledge your intent to reimburse costs for cleanup oversight work as stated herein by completing and signing the attached "ACKNOWLEDGEMENT OF WILLINGNESS" form and returning it to this office no later than April 19, 2001. A detailed description of the billing procedure is enclosed. Also, pursuant to State law, this letter provides you with the following information regarding costs for regulatory oversight work:

1. An estimate of the work to be performed or services to be provided;
2. A statement of the expected outcome of that work;
3. The billing rates for all individuals and classes of employees expected to engage in the work; and
4. An estimate of all expected charges to be billed to you by this agency.

1. Estimate of Work to be Performed

RWQCB staff estimates that the following work will be performed during State fiscal year 2000/2001 (July 1 to June 30):

- Conduct site inspection(s) to help determine status of various potential water quality issues.
- Develop specific requirements addressing all site water quality issues.
- Attend meetings with discharger(s) their representatives, consultants and other interested parties.
- Conduct telephone communications with discharger(s) their representatives, consultants and other interested parties.
- Review, critique and approve technical reports such as monitoring reports, ground and surface water monitoring program proposals, stormwater pollution prevention plan, site health and safety plan, site characterization and remedial action plan, remedial action reports, etc.
- Conduct agency internal communications such as memos, meetings, etc.
- Conduct site inspections and verification sampling.

Apr 23 01 10:21a          RWQCB Central Coast          805 543 0397                    p.3

Mr. McClure                              3                                  March 21, 2001

2. Statement of Expected Outcome

The following are expected outcomes of work performed during state fiscal year 2000/2001:

- Accurate physical and chemical characterization of water pollution sources and impacts.
- Adequate ongoing water quality monitoring.
- Commence remediation of water pollution sources and water pollution, as needed.
- Agency verification of the discharger's data and conclusions.
- Compliance with agency requirements.

3. Billing Rates

Enclosed are the billing rates for RWQCB employees expected to perform work. The name and classification of employees who charge time to this site will be listed on the invoices. The average billing rate is $70 per hour. We will make every attempt to minimize staff oversight costs. A detailed description of the billing procedure is enclosed.

4. Estimate of Expected Charges

RWQCB staff expects to charge approximately 40 labor hours of work related to this site during the remainder of fiscal year 2000/2001 (until June 30, 2001). Based on the average billing rate of $70 per hour, the estimated billing charge for this site during the entire fiscal year 2000/2001 is about $2,800. The rate will vary depending on the salary of the RWQCB staff individual(s) responsible for the oversight. This is a rough estimate and the actual time expended will depend on the nature and extent of the site investigation and cleanup as well as your willingness to accomplish the cleanup in a timely manner. To date, during fiscal year 2000/2001, the RWQCB regulatory involvement has resulted in staff expending 15 labor hours on the review of previously submitted reports and establishment of a cost reimbursement account.

Pursuant to Section 13267 of the CWC, please prepare an inventory list of all previously prepared technical reports or correspondences describing the unauthorized release of hazardous substances at this site, and submit it to this office no later than April 30, 2001. Failure to furnish the requested information may subject you to administrative civil liability, in accordance with CWC Section 13268, for each day the information is not submitted.

If you have any questions, please contact A. John Milares at (805) 542-3147 or Harvey Packard at (805) 542-4639.

Sincerely,

ORIGINAL SIGNED

Roger W. Briggs
Executive Officer

Ajm/rick mcclure cost recovery ltr 20march01

ATTACHMENTS:

*California Environmental Protection Agency*

 *Recycled Paper*

Mr. McClure                                    4                                    March 21, 2001

1. Monthly Salary Scales By Job Classification
2. Reimbursement Process for Regulatory Oversight
3. Acknowledgment of Willingness form

Apr 23 01 10:23a    RWQCB Central Coast    805 543 0397    p.5

ATTACHMENT 1

# SPILLS, LEAKS, INVESTIGATIONS, AND CLEANUP (SLIC) PROGRAM

## MONTHLY SALARY SCALE'S BY JOB CLASSIFICATION

| CLASSIFICATION | ABBR. | SALARY SCALE (Includes Benefits) |
|---|---|---|
| Associate Engineering Geologist | AEG | 5,519 - 6,707 |
| Associate Governmental Program Analyst | AGPA | 4,894 - 5,949 |
| Associate Water Resources Control Engineer | AWRCE | 5,794 - 7,040 |
| Engineering Geologist | EG | 4,091 - 5,688 |
| Environmental Specialist I | ESI | 3,423 - 4,112 |
| Environmental Specialist II | ESII | 4,159 - 5,010 |
| Environmental Specialist III | ESIII | 5,261 - 6,353 |
| Environmental Specialist IV | ESIV | 6,058 - 7,314 |
| Office Assistant | OA | 2,308 - 3,081 |
| Office Technician | OT | 2,935 - 3,569 |
| Sanitary Engineering Associate | SEA | 5,517 - 6,705 |
| Sanitary Engineering Technician | SET | 3,780 - 5,301 |
| Senior Engineering Geologist | SEG | 6,353 - 7,726 |
| Senior Water Resources Control Engineer | SWRCE | 6,353 - 7,726 |
| Staff Counsel | SC | 7,129 - 8,792 |
| Student Assistant | SA | 1,703 - 3,332 |
| Supervising Water Resources Control Eng. | SUWRCE | 6,978 - 8,483 |
| Water Resources Control Engineer | WRCE | 4,091 - 5,688 |

Apr 23 01 10:23a        RWQCB Central Coast        805 543 0397        p.6

ATTACHMENT 1
Page 2

## SUMMARY OF COSTS

Overhead costs = 80%* times salary and benefits

Administrative costs = State Board: 15%* times salary and benefits
Regional Board: 10%* times salary and benefits

Example:  Associate Water Resources Control Engineer  Salary: $ 5,794
Overhead:  4,635
Admin: State Board:  869
Regional Board:  579
Total Cost per month: $11,877

Divided by 176 hours per month equals per hour $ 67.48

* These are averages and may vary between billing periods.

Note: Due to the various classifications that expend SLIC resources, an average of $70.00 per hour can be used for projection purposes.

The name and classification of employees performing oversight work on your site will be listed on the invoices.

ATTACHMENT 2

## REIMBURSEMENT PROCESS FOR REGULATORY OVERSIGHT

We have identified your facility or property as requiring regulatory cleanup oversight. Pursuant to the Porter-Cólogne Water Quality Control Act, reasonable costs for such oversight can be recovered by the Regional Water Quality Control Board (RWQCB) from the responsible party. The purpose of the enclosure is to explain the oversight billing process structure.

### INTRODUCTION
The Porter-Cologne Water Quality Control Act authorizes the State Water Resources Control Board (SWRCB) to set up Cost Recovery Programs. The Budget Act of 1993 authorized the SWRCB to establish a Cost Recovery Program for Spills, Leaks, Investigations, and Cleanups (SLIC). The program is set up so that reasonable expenses incurred by the SWRCB and RWQCBs in overseeing cleanup of illegal discharges, contaminated properties, and other unregulated releases adversely impacting the State's waters can be reimbursed by the responsible party. Reasonable expenses will be billed to responsible parties and collected by the Fee Coordinator at the SWRCB in the Division of Clean Water Programs (DCWP).

### THE BILLING SYSTEM
Each cost recovery account has a unique charge number assigned to it. Whenever any oversight work is done, the hours are billed to the account number on the employee's time sheet. The cost of the staff hours is calculated by the State Accounting System based on the employee's salary and benefit rate and the SWRCB overhead rate.

SWRCB and RWQCB Administrative charges for work such as accounting, billing preparation, general program meetings and program specific training cannot be charged directly to an account. This work will be charged to Administrative accounting codes. The Accounting Office totals these administrative charges for the billing period and distributes them back to all of the accounts based on the number of hours charged to each account during that billing period. These charges show as SWRCB Program Administrative Charges and RWQCB Program Administrative Charges on the Invoice.

The overhead charges are based on the number of labor hours charged to the account. The overhead charges consist of rent, utilities, travel, supplies, training, and accounting services. Most of these charges are paid in arrears. Therefore, if there is no labor charged during the billing period, there still may be overhead charges associated with previous months services. The Accounting Office keeps track of these charges and distributes them back monthly to all of the accounts based on the number of hours charged to each account. Therefore, the quarterly statements could show no labor hours charged for that billing period, but some overhead costs could be charged to the account.

Invoices are issued quarterly, one quarter in arrears. If a balance is owed, a check is to be remitted to the SWRCB with the invoice remittance stub within 30 days after receipt of the invoice. The Accounting Office sends a report of payments to the Fee Coordinator on a quarterly basis.

Copies of the invoices are sent to the appropriate RWQCBs so that they are aware of the oversight work invoiced. Questions regarding the work performed should be directed toward your RWQCB case worker. If the responsible party becomes delinquent in their quarterly payments, oversight work will cease immediately. Work will not begin again unless the payments are brought up-to-date.

### DISPUTE RESOLUTION

If a dispute regarding oversight charges cannot be resolved with the RWQCB, Section 13320 of the California Water Code provides a process whereby persons may petition the SWRCB for review of RWQCB decisions. Regulations implementing Water Code Section 13320 are found in Title 23 of the California Code of Regulations, Section 2050.

### DAILY LOGS

A detailed description (daily log) of the actual work being done at each specific site is kept by each employee in the RWQCB who works on the cleanup oversight at the property. This information is provided on the quarterly invoice using standardized work activity codes to describe the work performed. *Upon request, a more detailed description of the work performed is available from the RWQCB staff.*

### REMOVAL FROM THE BILLING SYSTEM

After the cleanup is complete the RWQCB will submit a closure form to the SWRCB to close the account. If a balance is due, the Fee Coordinator will send a final billing for the balance owed. The responsible party should then submit a check to the SWRCB to close the account.

### AGREEMENT

No cleanup oversight will be performed unless the responsible party of the property has agreed in writing to reimburse the State for appropriate cleanup oversight costs. You may wish to consult an attorney in this matter. As soon as the letter is received, the account will be added to the active SLIC Cost Recovery billing list and oversight work will begin.

Apr 23 01 10:24a        RWQCB Central Coast         805 543 0397         p.3

ATTACHMENT 3

## ACKNOWLEDGEMENT OF WILLINGNESS TO PARTICIPATE IN CLEANUP OR ABATEMENT COST RECOVERY PROGRAM

I, _Kent M. Richard_, acting as an authorized representative of _Olin Corporation_ acknowledge that I have received and read a copy of the attached *Reimbursement Process for Regulatory Oversight* and the cover letter dated March 21, 2001, concerning reimbursement of Regional Board staff costs involved with oversight of cleanup activities.

I understand the reimbursement process and billing procedures as explained in the letter and attachments. _Olin Corporation_ is willing to participate in the cost recovery program and pay all reasonable subsequent billings in accordance with the terms described in the letter and attachments. I also understand that signing this form does not constitute an admission of liability, but rather only intent to pay costs associated with regulatory oversight.

_____
Signature

_____
Title

Invoices for payment of oversight costs should be mailed to the following individual and address:

Billing Contact: _Richard W. McClure_

Billing Company: _Olin ERG_

Billing Address: _1186 Lower River Rd._

_____

Phone Number: _(423) 336-4576_

Ajm/acknowledgement form for cost recovery