| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | MICHAEL E. MOLLAND, State Bar No. 111830 |
| 2 | BENJAMIN P. SMITH, State Bar No. 197551 |
| | AARON S. DUTRA, State Bar No. 216971 |
| 3 | SETH A. MCGIBBEN, State Bar No. 227261 |
| | One Market, Spear Street Tower |
| 4 | San Francisco, CA 94105 |
| | Tel: 415.442.1000 |
| 5 | Fax: 415.442.1001 |
| | E-mail: mmolland@morganlewis.com |
| 6 | bpsmith@morganlewis.com |
| | asdutra@morganlewis.com |
| 7 | smcgibben@morganlewis.com |
| 8 | CREECH, LIEBOW & KRAUS |
| | RANDALL C. CREECH, Cal. Bar #65542 |
| 9 | 333 West San Carlos Street, Suite 1600 |
| | San Jose, CA 95110 |
| 10 | Telephone: (408) 993-9911 |
| | Facsimile: (408) 993-1335 |
| 11 | E-mail: rcreech@sjlegal.com |
| 12 | Attorneys for Defendant |
| | OLIN CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT, | Case No. C07-03756 JW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT OLIN CORPORATION'S MOTION TO STRIKE** |
| vs. | |
| OLIN CORPORATION, and DOES 1-10, inclusive, | Date: September 17, 2007 |
| | Time: 9:00 a.m. |
| | Courtroom: 8, 4th Floor |
| Defendant. | Judge: The Honorable James Ware |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PRPD] ORDER GRANTING DEFT'S MOT TO STRIKE                                USDC – N.D. Case No. C 07-03756 JW

1-SF/7587954.1

Defendant Olin Corporation's ("Olin") Motion to Strike various allegations of the Complaint of Plaintiff Santa Clara Valley Water District ("Valley Water District") pursuant to Federal Rule of Civil Procedure 12(f) came on for hearing before this Court on September 17, 2007.

After due consideration to the moving, opposition, and reply papers, as well as the oral arguments of counsel at the hearing on Olin's motion, and good cause having been shown, IT IS hereby ORDERED that the following allegations be stricken from Valley Water District's Complaint:

1. Paragraph 38, alleging that the Valley Water District "constitutes a 'State' within the meaning of CERCLA," in its entirety.

2. Paragraphs 50, 64, and 70, as well as prayer for relief paragraph 4, alleging entitlement to "punitive and exemplary damages," in their entirety.

3. Valley Water District's demand for a jury trial "on each Claim for Relief alleged in the Complaint," in its entirety.

IT IS SO ORDERED.

Dated: September _____, 2007

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE