United States District Court
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7  SANTA CLARA VALLEY WATER              No. C 07-03756 JW
   DISTRICT,
8
            Plaintiff(s),                CLERK'S NOTICE
9
       v.
10
   OLIN CORPORATION,
11
            Defendant(s).
12
                                      /
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT the Motion to Dismiss before Judge James Ware previously noticed
16
   for September 17, 2007 at 9:00 AM, has been reset to **November 5, 2007 at 09:00 AM,** Courtroom
17
   8, 4th Floor, 280 S. 1st Street, San Jose, California. The Court vacates the Case Management
18
   Conference set for November 19, 2007 at 10:00 AM. The Court will set a further Case Management
19
   Conference, if needed, pending the Court's order on the Motion to Dismiss.
20
   Dated: August 14, 2007
21                                              FOR THE COURT,
                                                Richard W. Wieking, Clerk
22
23
                                           by:        /s/
24                                              Elizabeth Garcia
                                                Courtroom Deputy
25
26
27
28