United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Santa Clara Valley Water District,<br><br>　　　　Plaintiff,<br>　v.<br><br>Olin Corporation,<br><br>　　　　Defendant.<br>_____/ | NO. C 07-03756 JW<br>NO. C 03-01211 RMW<br><br>**ORDER REFERRING ADMINISTRATIVE MOTION TO RELATE CASES** |

On July 30, 2007, Defendant Olin Corporation filed an Administrative Motion to Consider Whether Cases Should be Related. (See Docket Item No. 4.) The prior filed action, Daniels v. Olin Corporation, No. 03-01211, was dismissed with prejudice on October 5, 2005 by Judge Ronald Whyte. Plaintiff has filed a response. (See Docket Item No. 6.) Essentially, Plaintiff neither opposes or supports Defendant's request. (Response at 4.)

This motion is not properly before the Court. Since Plaintiff seeks to relate a newly filed case to an earlier filed action, the motion must be made before the Judge of the earlier filed action. Accordingly, the Court refers Defendant's motion to Judge Ronald Whyte for a determination of whether the cases should be related.

Dated: August 15, 2007

　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Christopher Berka chris.berka@bingham.com
Greg Alan Christianson greg.christianson@bingham.com
3  Holly Louise Pearson holly.pearson@bingham.com
Randall C. Creech Rcreech@sjlegal.com

5  **Dated:  August 15, 2007**                                    **Richard W. Wieking, Clerk**

                                                                 **By: /s/JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California