1  BINGHAM McCUTCHEN LLP
   CHRISTOPHER P. BERKA (SBN 94911)
2  chris.berka@bingham.com
   GREG A. CHRISTIANSON (SBN 181231)
3  greg.christianson@bingham.com
   HOLLY L. PEARSON (SBN 226523)
4  holly.pearson@bingham.com
   1900 University Avenue
5  East Palo Alto, CA 94303-2223
   Telephone: 650.849.4400
6  Facsimile: 650.849.4800

7  Attorneys for Plaintiff
   SANTA CLARA VALLEY WATER DISTRICT

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

13  SANTA CLARA VALLEY WATER DISTRICT,    No. C-07-03756 RMW

              Plaintiff,

14       v.                                STIPULATION AND [PROPOSED]
                                           ORDER SETTING HEARING AND
15  OLIN CORPORATION, ET AL.,              BRIEFING SCHEDULE FOR
                                           DEFENDANT'S MOTION TO
16            Defendant.                   DISMISS AND MOTION TO STRIKE

17                                         Date:    N/A
                                           Time:    N/A
                                           Place:   Courtroom 6
18                                         Judge:   Hon. Ronald M. Whyte

19

20

21

22

23

24

25

26

27

28

A/72177198.1/3005231-0000321690                                C-07-03756 RMW

STIPULATION AND [PROPOSED] ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR
DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE

1   WHEREAS, Plaintiff Santa Clara Valley Water District ("Plaintiff") filed a complaint against Defendant Olin Corporation ("Defendant") on July 27, 2007.  (Docket No. 1)

3   WHEREAS, Defendant filed an Administrative Motion to Consider Whether Cases Should be Related on July 30, 2007.  (Docket No. 4)

5   WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Fifth and Seventh Causes of Action (Docket No. 10), and a Motion to Strike (Docket No. 12) (collectively referred to herein as "Motions") before the Honorable Judge Ware on August 13, 2007.

8   WHEREAS, Defendant noticed the hearings on these Motions for September 17, 2007 before the Honorable Judge Ware.

10  WHEREAS, Judge Ware reset the hearings on Defendant's Motions for November 5, 2007.  (Docket No. 15)

12  WHEREAS, this Court granted Defendant's Administrative Motion to Consider Whether Cases Should be Related, and ordered that this matter be reassigned to the Honorable Judge Whyte on August 16, 2007.  (Docket No. 17)

15  WHEREAS, once this case was reassigned to the Honorable Judge Whyte, this Court then vacated all dates for hearing any noticed motions previously set and ordered the moving party to re-notice hearing dates for any such motions.  (Docket No. 17)

18  WHEREAS, on August 24, 2007, before the Defendant re-noticed hearing dates for the Motions, this Court entered on its own motion an order re-setting Defendant's Motion to Dismiss for hearing on September 28, 2007 at 9:00 a.m., but did not indicate whether Defendant's Motion to Strike would be heard at the same time.  (Docket No. 19)

22  WHEREAS, this Court also ordered that any papers relating to these motions be filed in accordance with the originally noticed date absent a court order setting a new briefing schedule. (Docket No. 19)

A/72177198.1/3005231-0000321690    2    C-07-03756 RMW

STIPULATION AND [PROPOSED] ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE

1  NOW THEREFORE, it is hereby stipulated by and between the parties hereto
2  through their respective attorneys of record and subject to the Court's approval, that:
3      1.    Oral argument on Defendant's Motion to Strike shall be heard at the same
4  date, time and place as Defendant's Motion to Dismiss, on September 28, 2007 at 9:00 a.m.
5      2.    Pursuant to Local Rule 7-3(a), (c), Plaintiff shall file and serve its
6  oppositions to both Defendant's Motion to Dismiss and Motion to Strike on or before September
7  7, 2007, and Defendant's reply briefs shall be served and filed on or before September 14, 2007.

DATED: August 28, 2007

BINGHAM McCUTCHEN LLP

By:     /s/ Christopher P. Berka
CHRISTOPHER P. BERKA
Attorneys for Plaintiff
Santa Clara Valley Water District

DATED: August 28, 2007

MORGAN, LEWIS & BOCKIUS, LLP

By:     /s/ Benjamin P. Smith
BENJAMIN P. SMITH
Attorneys for Defendant
Olin Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August __, 2007

_____
HON. RONALD M. WHYTE
United States District Court Judge