1  BINGHAM MCCUTCHEN LLP
   CHRISTOPHER P. BERKA (SBN 94911)
2  chris.berka@bingham.com
   GREG A. CHRISTIANSON (SBN 181231)
3  greg.christianson@bingham.com
   HOLLY L. PEARSON (SBN 226523)
4  holly.pearson@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
6  Facsimile:  650.849.4800

7  Attorneys for Plaintiff
   SANTA CLARA VALLEY WATER DISTRICT
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11

12

| SANTA CLARA VALLEY WATER DISTRICT, | No. C 07-03756-RMW PVT |
|---|---|
| Plaintiff, | DECLARATION OF CHRISTOPHER P. BERKA IN SUPPORT OF SANTA CLARA VALLEY WATER DISTRICT'S OPPOSITION TO OLIN CORPORATION'S MOTION TO STRIKE |
| v. | |
| OLIN CORPORATION; and DOES 1-10, inclusive, | |
| Defendants. | Date: September 28, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 6<br>Judge: Hon. Ronald M. Whyte |

I, Christopher P. Berka, declare:

1. I am a partner in the law firm of Bingham McCutchen LLP.  I am licensed to practice law before this Court and before the courts of the State of California.  Our firm is counsel of record for Plaintiff Santa Clara Valley Water District.

2. I have personal knowledge of the facts set forth in this Declaration and could and would competently testify to them if called upon to do so.

3. Attached to this Declaration as Exhibit A is a true and correct copy of Order (1) Granting Defendants' Motion to Dismiss Plaintiff's second cause of action only as to the specific incidents in subsection IV(B) of this Order; (2) Granting Defendants' Motion to

A/72197617.1                                                                 C07-03756-RMW PVT

1  Dismiss Plaintiff's third cause of action; (3) Granting Defendants' Motion to Dismiss Plaintiff's
2  seventh, ninth, and tenth causes of action; (4) Denying Defendants' Motion to Strike "attorneys'
3  fees" from Plaintiff's fifth prayer for relief; and (5) Granting Plaintiff thirty days leave to amend,
4  issued on May 14, 2004, by Hon. Rudi M. Brewster in Case No. 03 CV 1146-B (POR) in the
5  United States District Court for the Southern District of California.
6      I declare under penalty of perjury under the laws of the United States of America
7  that the foregoing is true and correct.
8      Executed in East Palo Alto, California, on September 7, 2007.

11      /s/ Christopher P. Berka
12      CHRISTOPHER P. BERKA