BINGHAM MCCUTCHEN LLP
CHRISTOPHER P. BERKA (SBN 94911)
chris.berka@bingham.com
GREG A. CHRISTIANSON (SBN 181231)
greg.christianson@bingham.com
HOLLY L. PEARSON (SBN 226523)
holly.pearson@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

Attorneys for Plaintiff
SANTA CLARA VALLEY WATER DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>Plaintiff,<br>v.<br><br>OLIN CORPORATION; and DOES 1-10, inclusive,<br><br>Defendants. | No.  C 07-03756-RMW PVT<br><br>[PROPOSED] ORDER DENYING DEFENDANT OLIN CORPORATION'S MOTION TO DISMISS PLAINTIFF'S FIFTH AND SEVENTH CAUSES OF ACTION<br><br>Date:     September 28, 2007<br>Time:    9:00 a.m.<br>Place:    Courtroom 6<br>Judge:   Hon. Ronald M. Whyte |

Defendant Olin Corporation's ("Olin's") Motion to Dismiss the fifth and seventh causes of action in Plaintiff Santa Clara Valley Water District's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) came on for hearing before this Court on September 28, 2007.

1    After due consideration to the moving, opposition, and reply papers, as well as the
2    oral arguments of counsel at the hearing on Olin's motion, and good cause having been shown,
3    IT IS hereby ORDERED that Olin's motion be denied in its entirety.
4    IT IS SO ORDERED.

6    Dated: _____, 2007

8    _____
9    THE HONORABLE RONALD M. WHYTE
10   UNITED STATES DISTRICT COURT JUDGE