| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | CHRISTOPHER P. BERKA (SBN 94911) |
| 2 | chris.berka@bingham.com |
| | GREG A. CHRISTIANSON (SBN 181231) |
| 3 | greg.christianson@bingham.com |
| | HOLLY L. PEARSON (SBN 226523) |
| 4 | holly.pearson@bingham.com |
| | 1900 University Avenue |
| 5 | East Palo Alto, CA 94303-2223 |
| | Telephone: 650.849.4400 |
| 6 | Facsimile: 650.849.4800 |
| 7 | Attorneys for Plaintiff |
| | SANTA CLARA VALLEY WATER DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/13/07*

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT, | No. C-07-03756 RMW |
| Plaintiff, | STIPULATION AND [] ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE |
| v. | |
| OLIN CORPORATION, ET AL., | |
| Defendant. | |
| | Date: N/A |
| | Time: N/A |
| | Place: Courtroom 6 |
| | Judge: Hon. Ronald M. Whyte |

A/72177198.1/3005231-0000321690

C-07-03756 RMW

STIPULATION AND [] ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR
DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE

1      WHEREAS, Plaintiff Santa Clara Valley Water District ("Plaintiff") filed a
2 complaint against Defendant Olin Corporation ("Defendant") on July 27, 2007.  (Docket No. 1)
3      WHEREAS, Defendant filed an Administrative Motion to Consider Whether
4 Cases Should be Related on July 30, 2007.  (Docket No. 4)
5      WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Fifth and Seventh
6 Causes of Action (Docket No. 10), and a Motion to Strike (Docket No. 12) (collectively referred
7 to herein as "Motions") before the Honorable Judge Ware on August 13, 2007.
8      WHEREAS, Defendant noticed the hearings on these Motions for September 17,
9 2007 before the Honorable Judge Ware.
10      WHEREAS, Judge Ware reset the hearings on Defendant's Motions for
11 November 5, 2007.  (Docket No. 15)
12      WHEREAS, this Court granted Defendant's Administrative Motion to Consider
13 Whether Cases Should be Related, and ordered that this matter be reassigned to the Honorable
14 Judge Whyte on August 16, 2007.  (Docket No. 17)
15      WHEREAS, once this case was reassigned to the Honorable Judge Whyte, this
16 Court then vacated all dates for hearing any noticed motions previously set and ordered the
17 moving party to re-notice hearing dates for any such motions.  (Docket No. 17)
18      WHEREAS, on August 24, 2007, before the Defendant re-noticed hearing dates
19 for the Motions, this Court entered on its own motion an order re-setting Defendant's Motion to
20 Dismiss for hearing on September 28, 2007 at 9:00 a.m., but did not indicate whether
21 Defendant's Motion to Strike would be heard at the same time.  (Docket No. 19)
22      WHEREAS, this Court also ordered that any papers relating to these motions be
23 filed in accordance with the originally noticed date absent a court order setting a new briefing
24 schedule. (Docket No. 19)
25
26
27
28

1  NOW THEREFORE, it is hereby stipulated by and between the parties hereto
2  through their respective attorneys of record and subject to the Court's approval, that:
3      1.    Oral argument on Defendant's Motion to Strike shall be heard at the same
4  date, time and place as Defendant's Motion to Dismiss, on September 28, 2007 at 9:00 a.m.
5      2.    Pursuant to Local Rule 7-3(a), (c), Plaintiff shall file and serve its
6  oppositions to both Defendant's Motion to Dismiss and Motion to Strike on or before September
7  7, 2007, and Defendant's reply briefs shall be served and filed on or before September 14, 2007.
8  
9  DATED: August 28, 2007
10          BINGHAM McCUTCHEN LLP
11  
12          By:    /s/ Christopher P. Berka
13          CHRISTOPHER P. BERKA
        Attorneys for Plaintiff
14          Santa Clara Valley Water District
15  DATED: August 28, 2007
16          MORGAN, LEWIS & BOCKIUS, LLP
17  
18          By:    /s/ Benjamin P. Smith
19          BENJAMIN P. SMITH
        Attorneys for Defendant
20          Olin Corporation
21  
22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
23  DATED: September 13, 2007
24  
25          *Ronald M. Whyte*
        HON. RONALD M. WHYTE
26          United States District Court Judge
27  
28