UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: September 28, 2007

Case No. C-07-03756-RMW        JUDGE: Ronald M. Whyte

SANTA CLARA VALLEY WATER DISTRICT -v- OLIN CORPORATION, et al.
Title

| Appeared | Appeared |
| --- | --- |
| Attorneys Present | Attorneys Present |

COURT CLERK: Jackie Garcia            COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIFTH & SEVENTH CAUSE OF ACTION; MOTION TO STRIKE

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from both sides and the Court's tentative ruling is to grant the motion to dismiss with leave to amend. Plaintiff has 20 days leave to amend. Motion to strike is granted in part and denied in part as follows: 1: Olin's motion to strike paragraph 38 of SCVWD's complaint is granted. 2: Olin's motion to strike paragraph 50 of SCVWD's complaint is granted. 3: Olin's motion to strike paragraph 63 of SCVWD's complaint is denied as moot. 4: Olin's motion to strike paragraph 70 of SCVWD's complaint is denied. 5: Olin's motion to strike paragraph 83, subparagraph 4 of SCVWD's complaint is denied. 6: Olin's motion to strike SCVWD's jury demand is denied without prejudice. The Court to send out a final order to the parties. The matter is deemed submitted.