UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SANTA CLARA VALLEY WATER
DISTRICT,

        Plaintiff(s),

v.

OLIN CORPORATION; and DOES 1-10,
inclusive,

        Defendant(s).

Case No. C07 03756 RMW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 29, 2007

        *[signature]* Emily J Cote ASSISTANT DISTRICT COUNSEL
        [Party] for SANTA CLARA VALLEY WATER DIST.

Dated: October 29, 2007

        *[signature]*
        [Counsel] Christopher Berka

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev 12/05