10/29/2007 16:08   4089931335   CREECH,LIEBOW&KRAUS   PAGE 02/02

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SANTA CLARA VALLEY WATER
DISTRICT,

          Plaintiff(s),

v.

OLIN CORPORATION

          Defendant(s).

CASE NO. C 07-03756 RMW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 30, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Christopher Berka | Plaintiff | (650) 849-4866 | chris.berka@bingham.com |
| Randall C. Creech | Defendant | (408) 993-9911 | rcreech@sjlegal.com |
| Michael Molland | Defendant | (415) 442-1121 | mmolland@morganlewis.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/29/07

Dated: 10/29/07

                                                Attorney for Plaintiff

                                                Attorney for Defendant

Rev 12.05