# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SANTA CLARA VALLEY WATER
DISTRICT

            Plaintiff(s),

     v.

OLIN CORPORATION

            Defendant(s).

_____/

Case No.  C 07-03756 RMW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/29/07

                                        _____
                                        [Party]

Dated: 10/29/07

                                        _____
                                        [Counsel]