# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SANTA CLARA VALLEY WATER
DISTRICT

Case No.  C 07-03756 RMW

          Plaintiff(s),

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     v.

OLIN CORPORATION

          Defendant(s).

_____/

       Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 10/29/07

Dated: 10/29/07

[Party]

[Counsel]