| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | MICHAEL E. MOLLAND, State Bar No. 111830 |
| 2 | BENJAMIN P. SMITH, State Bar No. 197551 |
| | AARON S. DUTRA, State Bar No. 216971 |
| 3 | SETH A. MCGIBBEN, State Bar No. 227261 |
| | One Market, Spear Street Tower |
| 4 | San Francisco, CA 94105 |
| | Telephone: (415) 442.1000 |
| 5 | Facsimile: (415) 442.1001 |
| | E-mail: mmolland@morganlewis.com |
| 6 | bpsmith@morganlewis.com |
| | asdutra@morganlewis.com |
| 7 | smcgibben@morganlewis.com |
| 8 | CREECH, LIEBOW & KRAUS |
| | RANDALL C. CREECH, State Bar No. 65542 |
| 9 | 333 West San Carlos Street, Suite 1600 |
| | San Jose, CA 95110 |
| 10 | Telephone: (408) 993-9911 |
| | Facsimile: (408) 993-1335 |
| 11 | E-mail: rcreech@sjlegal.com |
| 12 | Attorneys for Defendant |
| 13 | OLIN CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT, | Case No. C 07-03756 RMW |
| Plaintiff, | **DEFENDANT OLIN CORPORATION'S NOTICE OF MOTION AND MOTION TO STRIKE** |
| vs. | |
| OLIN CORPORATION; and DOES 1-10, inclusive, | Date: December 14, 2007 |
| | Time: 9:00 a.m. |
| Defendants | Courtroom: Courtroom 6, Fourth Floor |
| | Judge: The Honorable Ronald M. Whyte |

DEFENDANT OLIN CORPORATION'S NOTICE OF
MOTION TO STRIKE

USDC – N.D. Case No. C 07-03756 RMW

# NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that on December 14, 2007 at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable Ronald M. Whyte in Courtroom 6 on the 4th Floor of the United States District Court for the Northern District of California, located at 280 South First Street, San Jose, California, Defendant Olin Corporation ("Olin") will, and hereby does, move for an order striking the following allegations of plaintiff Santa Clara Water District's ("plaintiff" or "District") First Amended Complaint ("FAC"):

- Paragraphs 31, 61, and 66, as well as prayer for relief paragraph 4 alleging entitlement to "punitive and exemplary damages."

This motion is brought pursuant to Federal Rule of Civil Procedure 12(f), and on the grounds that the allegations of the District's FAC that the District is entitled to punitive damages are immaterial, impertinent, and improper. This motion is based on the following Memorandum of Points and Authorities filed herewith, upon the pleadings and records of this action, and on such other matters as may be presented hereafter to the Court.

Dated: November 1, 2007                MORGAN, LEWIS & BOCKIUS LLP

By    /s/ Michael E. Molland
          MICHAEL E. MOLLAND

Attorneys for Defendant
OLIN CORPORATION