MORGAN, LEWIS & BOCKIUS LLP
MICHAEL E. MOLLAND, State Bar No. 111830
BENJAMIN P. SMITH, State Bar No. 197551
AARON S. DUTRA, State Bar No. 216971
SETH A. MCGIBBEN, State Bar No. 227261
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
        bpsmith@morganlewis.com
        asdutra@morganlewis.com
        smcgibben@morganlewis.com

CREECH, LIEBOW & KRAUS
RANDALL C. CREECH, Cal. Bar #65542
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335
E-mail: rcreech@sjlegal.com

Attorneys for Defendant
OLIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>             Plaintiff,<br><br>     vs.<br><br>OLIN CORPORATION, and DOES 1-10, inclusive,<br><br>             Defendant. | Case No. C07-03756 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OLIN CORPORATION'S MOTION TO STRIKE**<br><br>Date:    December 14, 2007<br>Time:    9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge:   The Honorable Ronald M. Whyte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PRPD] ORDER GRANTING DEFT'S MOT TO STRIKE                                   USDC – N.D. Case No. C 07-03756 RMW

1-SF/7587954.1

Defendant Olin Corporation's ("Olin") Motion to Strike various allegations of the Complaint of Plaintiff Santa Clara Valley Water District ("Valley Water District") pursuant to Federal Rule of Civil Procedure 12(f) came on for hearing before this Court on December 14, 2007.

After due consideration to the moving, opposition, and reply papers, as well as the oral arguments of counsel at the hearing on Olin's motion, and good cause having been shown,

IT IS hereby ORDERED that the following allegations be stricken from Valley Water District's Complaint:

1. Paragraph 38, alleging that the Valley Water District "constitutes a 'State' within the meaning of CERCLA," in its entirety.

2. Paragraphs 50, 64, and 70, as well as prayer for relief paragraph 4, alleging entitlement to "punitive and exemplary damages," in their entirety.

3. Valley Water District's demand for a jury trial "on each Claim for Relief alleged in the Complaint," in its entirety.

**IT IS SO ORDERED.**


Dated: November _____, 2007

_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE