1  BINGHAM MCCUTCHEN LLP
   CHRISTOPHER P. BERKA (SBN 94911)
2  chris.berka@bingham.com
   GREG A. CHRISTIANSON (SBN 181231)
3  greg.christianson@bingham.com
   SAMANTHA REARDON (SBN 240068)
4  samantha.reardon@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  (650) 849-4400
6  Facsimile:   (650) 849-4800

7  Attorneys for Plaintiff
   SANTA CLARA VALLEY WATER DISTRICT

8
   MORGAN, LEWIS & BOCKIUS LLP
9  MICHAEL E. MOLLAND (SBN 111830)
   BENJAMIN P. SMITH (SBN 197551)
10 AARON S. DUTRA (SBN 216971)
   SETH A. MCGIBBEN (SBN 227261)
11 One Market, Spear Street Tower
   San Francisco, CA  94105
12 Telephone: (415) 442-1000
   Facsimile:   (415) 442-1001
13 E-mail:   mmolland@morganlewis.com
             bpsmith@morganlewis.com
14           asdutra@morganlewis.com
             smcgibben@morganlewis.com
15
   CREECH, LIEBW & KRAUS
16 RANDALL C. CREECH (SBN 65542)
   333 West San Carlos Street, Suite 1600
17 San Jose, CA  95110
   Telephone:  (408) 993-9911
18 Facsimile:   (408) 993-1335
   E-mail:      rcreech@sjlegal.com

19 Attorney for Counter-Claimant
   OLIN CORPORATION
20

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23                            SAN JOSE DIVISION

24  SANTA CLARA VALLEY WATER DISTRICT,        No. C07 03756 RMW

25           Plaintiff,                        STIPULATION EXTENDING TIME TO
        v.                                     RESPOND TO COUNTERCLAIM
26
    OLIN CORPORATION; and DOES 1-10,
27  inclusive,

             Defendants.
28

A/72320732.1

STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIM

1  It is hereby stipulated, pursuant to Civil Local Rule 6-1, that plaintiff Santa Clara Valley Water District may have a twenty (20) day extension of time, up to and including **December 11, 2007**, in which to respond to defendant's Counterclaim.

DATED:  November 19, 2007    BINGHAM McCUTCHEN LLP


By:  _____/s/ Christopher Berka_____
CHRISTOPHER P. BERKA
Attorneys for Plaintiff
Santa Clara Valley Water District


DATED:  November 19, 2007    MORGAN, LEWIS & BOCKIUS LLP


By:  _____/s/ Aaron S. Dutra_____
AARON S. DUTRA
Attorneys for Counter-Claimant
Olin Corporation

**CERTIFICATION BY CHRISTOPHER P. BERKA PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.  I am a lawyer licensed to practice law in the State of California, and am a partner in the law firm of Bingham McCutchen LLP, counsel for plaintiff Santa Clara Valley Water District. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.  The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on November 19, 2007.

      /s/ Christopher P. Berka
           Christopher P. Berka