| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | MICHAEL E. MOLLAND, State Bar No. 111830 |
| 2 | BENJAMIN P. SMITH, State Bar No. 197551 |
| | AARON S. DUTRA, State Bar No. 216971 |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 442.1000 |
| | Facsimile: (415) 442.1001 |
| 5 | E-mail: mmolland@morganlewis.com |
| | bpsmith@morganlewis.com |
| 6 | asdutra@morganlewis.com |

7  CREECH, LIEBOW & KRAUS
   RANDALL C. CREECH, State Bar No. 65542
8  333 West San Carlos Street, Suite 1600
   San Jose, CA 95110
9  Telephone: (408) 993-9911
   Facsimile: (408) 993-1335
10 E-mail: rcreech@sjlegal.com

11 Attorneys for Defendant

12 OLIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SANTA CLARA VALLEY WATER DISTRICT, | Case No. C 07-03756 RMW |
|---|---|
| Plaintiff, | **CERTIFICATE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| OLIN CORPORATION; and DOES 1-10, inclusive, | Courtroom: Courtroom 6, Fourth Floor |
| | Judge: The Honorable Ronald M. Whyte |
| Defendants | |

DISCLOSURE OF NON-PARTY INTERESTED
ENTITIES OR PERSONS                                    USDC – N.D. Case No. C 07-03756 RMW

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2    named parties, there is no such interest to report.  Olin Corporation notes that it has provided
3    notice of its counterclaim to the U.S. Department of Justice and the USEPA as required by
4    Section 113(l), of the Comprehensive Environmental Response, Compensation, and Liability Act,
5    42 U.S.C. §9613(l), and the Department of Toxic Substances Control pursuant to California
6    Health and Safety Code Section 25363(e).

8    Dated: November 21, 2007                    MORGAN, LEWIS & BOCKIUS LLP

9                                                By    /s/ Michael E. Molland
                                                       MICHAEL E. MOLLAND

                                                 Attorneys for Defendant
11                                               OLIN CORPORATION

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DISCLOSURE OF NON-PARTY INTERESTED
ENTITIES OR PERSONS                         2

USDC – N.D. Case No. C 07-03756 RMW