UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: November 30, 2007

Case No. C-07-03756-RMW    JUDGE: Ronald M. Whyte

SANTA CLARA VALLEY WATER DISTRICT  -v- OLIN CORPORATION, et al.
Title

Appeared    Appeared
Attorneys Present    Attorneys Present

COURT CLERK: Jackie Garcia    COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The parties need to resolve the pleading issues. The parties are to go forward with informal paper discovery. The Court set a Further Case Management Conference for 2/15/08 @ 10:30 AM. Parties are to file a revised case management statement by 2/8/08.