1  Bingham McCutchen LLP
   CHRISTOPHER P. BERKA (SBN 94911)
2  chris.berka@bingham.com
   GREG A. CHRISTIANSON (SBN 181231)
3  greg.christianson@bingham.com
   SAMANTHA REARDON (SBN 240068)
4  samantha.reardon@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
6  Facsimile:  650.849.4800

7  Attorneys for Plaintiff and Counterdefendant
   SANTA CLARA VALLEY WATER DISTRICT
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>OLIN CORPORATION; and DOES 1-10, inclusive,<br><br>Defendants. | No. C 07-03756 RMW<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PORTIONS OF COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)) |
| OLIN CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>SANTA CLARA VALLEY WATER DISTRICT; and DOES 1-10,<br><br>Counterdefendant. | Date:    February 1, 2008<br>Time:    9:00 a.m.<br>Place:   Courtroom 6, Fourth Floor<br>Judge:   Honorable Ronald M. Whyte |

           TO DEFENDANT AND COUNTERCLAIMANT OLIN CORPORATION AND

   ITS ATTORNEYS OF RECORD:

           PLEASE TAKE NOTICE that on February 1, 2008 at 9:00 a.m., or as soon

   thereafter as the matter may be heard, before the Honorable Ronald M. Whyte, Courtroom 6, 4th

A/72346526.1/3005231-0000321690

NOTICE OF MOTION AND MOTION TO DISMISS PORTIONS OF COUNTERCLAIM FOR
FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6))

Floor, United States District Court, 280 South First Street, San Jose, California, plaintiff and counterdefendant Santa Clara Valley Water District will and hereby does move this Court for an order dismissing the following claims for relief of defendant and counterclaimant Olin Corporation's Counterclaim:

    1.    The First Claim for Relief for Response Cost Recovery Under CERCLA Section 107(a).

    2.    The Second Claim for Relief for Equitable Contribution and Recovery Under CERCLA Section 113(f).

    3.    The Fourth Claim for Relief for Indemnity Under Cal. Health and Safety Code.

    4.    The "Fourth" Claim for Relief for Negligence.

This motion is brought following a conference of counsel pursuant to the Standing Order of this Court. Counsel for the parties have agreed that the proposed hearing date for this motion will not cause undue prejudice.

The motion is brought under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. The motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the pleadings, papers and files in this action, and such other matters as may be presented at or prior to the hearing.

DATED: December 11, 2007    Bingham McCutchen LLP

By: /s/ Christopher P. Berka
Christopher P. Berka
Attorneys for Plaintiff and Counterdefendant
SANTA CLARA VALLEY WATER DISTRICT

A/72346526.1/3005231-0000321690    2

NOTICE OF MOTION AND MOTION TO DISMISS PORTIONS OF COUNTERCLAIM FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(B)(6))