1  Bingham McCutchen LLP
   CHRISTOPHER P. BERKA (SBN 94911)
2  chris.berka@bingham.com
   GREG A. CHRISTIANSON (SBN 181231)
3  greg.christianson@bingham.com
   SAMANTHA REARDON (SBN 240068)
4  samantha.reardon@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
6  Facsimile:  650.849.4800

7  Attorneys for Plaintiff and Counterdefendant
   SANTA CLARA VALLEY WATER DISTRICT

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

| | |
|---|---|
| 13 SANTA CLARA VALLEY WATER DISTRICT, | No. C 07-03756 RMW |
| 14 Plaintiff, | [PROPOSED] ORDER GRANTING SANTA CLARA VALLEY WATER |
| 15 v. | DISTRICT'S MOTION TO DISMISS PORTIONS OF COUNTERCLAIM FOR |
| 16 OLIN CORPORATION; and DOES 1-10, inclusive, | FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)) |
| 17 Defendants. | |
| 18 OLIN CORPORATION, | Date:    February 1, 2008 Time:    9:00 a.m. |
| 19 Counterclaimant, | Place:   Courtroom 6, Fourth Floor Judge:   Honorable Ronald M. Whyte |
| 20 v. | |
| 21 SANTA CLARA VALLEY WATER DISTRICT; and DOES 1-10, | |
| 22 Counterdefendant. | |
| 23 | |

24        Plaintiff and counterdefendant Santa Clara Valley Water District's Motion to

25  Dismiss Portions of Counterclaim For Failure To State A Claim came on for hearing before the

26  Honorable Ronald M. Whyte, Courtroom 6, 4th Floor, United States District Court, 280 South

27  First Street, San Jose, California at 9:00 a.m., on February 1, 2008.  Counsel appeared on behalf

28

A/72346529.1/3005231-0000321690

1    of all parties and presented oral argument regarding the motion.

2            Having read and considered the arguments and papers submitted by the parties,

3    and good cause appearing, IT IS HEREBY ORDERED THAT Santa Clara Valley Water

4    District's Motion to Dismiss Portions of the Counterclaim is granted.  For the reasons cited by

5    Santa Clara Valley Water District in its papers filed in support of the motion, the following

6    portions of Counterclaimant's Counterclaim shall be dismissed pursuant to Federal Rule of Civil

7    Procedure 12(b)(6):

8            1.      The First Claim for Relief for Response Cost Recovery Under CERCLA

9    Section 107(a).

10           2.      The Second Claim for Relief for Equitable Contribution and Recovery

11   Under CERCLA Section 113(f).

12           3.      The Fourth Claim for Relief for Indemnity Under Cal. Health and Safety

13   Code.

14           4.      The "Fourth" Claim for Relief for Negligence.

15           **IT IS SO ORDERED.**

16

17   DATED:  February __, 2008

                                            _____
                                                    HON. RONALD M. WHYTE
18                                          UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28
A/72346529.1/3005231-0000321690                    2

[PROPOSED] ORDER