UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: December 14, 2007

Case No. C-07-03756-RMW        JUDGE: Ronald M. Whyte

**SANTA CLARA VALLEY WATER DISTRICT** -v- **OLIN CORPORATION, et al.**
Title

| Appeared | Appeared |
|---|---|
| Attorneys Present | Attorneys Present |

COURT CLERK: Jackie Garcia        COURT REPORTER: Jana Ridenour

PROCEEDINGS

DEFENDANT'S MOTION TO STRIKE

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from both sides. The Court took this matter under submission. The Court to send out a ruling to the parties. The matter is deemed submitted.