UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: February 1, 2008

Case No. C-07-03756-RMW        JUDGE: Ronald M. Whyte

**SANTA CLARA VALLEY WATER DISTRICT  -v- OLIN CORPORATION, et al.**
Title

Appeared                                      Appeared
**Attorneys Present**                         **Attorneys Present**

**COURT CLERK:** Jackie Garcia       **COURT REPORTER:** Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION TO DISMISS PORTIONS OF COUNTERCLAIM

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from both sides. The Court took this matter under submission. The Court to send out a ruling to the parties. The matter is deemed submitted.