# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: **February 15, 2008**

Case No. **C-07-03756-RMW**     JUDGE: **Ronald M. Whyte**

Title **SANTA CLARA VALLEY WATER DISTRICT** -V- **OLIN CORPORATION, et al.**

| | |
|---|---|
| **C. Berka** | **B. Smith & R. Creech** |
| Attorneys Present | Attorneys Present |

COURT CLERK: **Jackie Garcia**     COURT REPORTER: **Not Reported**

## PROCEEDINGS

### CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held.  The Court refers case to Magistrate Judge Trumbull for an early settlement conference on 4/30/08 (time to be determined by the parties and will contact PVT's chambers).  The Court limits discovery to written discovery prior to the settlement conference.  The Court set the following schedule: Jury Trial set for 4/20/09 @ 1:30 pm; Pretrial Conference set for 4/9/09 @ 2:00 pm; Joint Pretrial Statement due 4/3/09; Hearing on Dispositive Motions set for 3/13/09 @ 9:00 am; Discovery cutoff 1/30/09; Disclosure of Experts by 1/21/09; Rebuttal by 1/26/09; Expert Discovery cutoff 3/13/09.  Discovery limits: Depositions - 5 per side (not to include experts); Interrogatories - 25 per side; Request for Admissions - 10 per side; Document Request - no limit, but narrowly tailored.  Defendant to prepare order following the conference.

*CC: Corinne*