BINGHAM MCCUTCHEN LLP
CHRISTOPHER P. BERKA (SBN 94911)
chris.berka@bingham.com
GREG A. CHRISTIANSON (SBN 181231)
greg.christianson@bingham.com
SAMANTHA REARDON (SBN 240068)
samantha.reardon@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223
Tel: 650.849.4400; Fax: 650.849.4800

Attorneys for Plaintiff and Counterdefendant
SANTA CLARA VALLEY WATER DISTRICT

MORGAN, LEWIS & BOCKIUS LLP
MICHAEL E. MOLLAND, State Bar No. 111830
BENJAMIN P. SMITH, State Bar No. 197551
AARON S. DUTRA, State Bar No. 216971
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000; Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
        bpsmith@morganlewis.com
        asdutra@morganlewis.com

CREECH, LIEBOW & KRAUS
RANDALL C. CREECH, Cal. Bar #65542
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Tel: (408) 993-9911; Fax: (408) 993-1335
E-mail: rcreech@sjlegal.com

Attorneys for Defendant and Counterclaimant
OLIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>OLIN CORPORATION, and DOES 1-10, inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | Case No. C07-03756 RMW<br><br>**[PROPOSED] CASE MANAGEMENT ORDER**<br><br>Judge:   The Honorable Ronald M. Whyte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PRPD] CASE MANAGEMENT ORDER

USDC – N.D. Case No. C 07-03756 RMW

1   A Case Management Conference was held before the Court on February 15, 2008, with counsel for both parties appearing. Pursuant to the Joint Case Management Conference Statement submitted by the parties, as well as the statements of counsel at the Case Management Conference, the Court hereby enters the following Case Management Order:

### ALTERNATIVE DISPUTE RESOLUTION

1. The parties have jointly agreed to engage in a settlement conference before Magistrate Judge Patricia V. Trumbull on April 30, 2008.

### DISCOVERY

2. Written discovery may commence immediately, but deposition discovery is stayed until completion of the settlement conference on April 30, 2008.

3. The limitations on discovery imposed by the Federal Rules of Civil Procedure and the Northern District of California Local Rules shall apply to this case absent agreement of the parties or relief from this Court. However, the limitation of ten (10) depositions set forth in Federal Rule of Civil Procedure 30(a)(2)(A) shall be exclusive of any expert depositions.

4. On or before January 12, 2009, the parties shall disclose the identity of any expert witness who may be called to present evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) at trial. At the same time, the parties shall provide available date(s) for the deposition of each disclosed expert prior to the expert discovery cut-off, along with a written report of the expert, to the extent necessary, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) & (b)(4)(B). Experts who will be called solely to contradict or rebut evidence pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) at trial shall be disclosed no later than January 26, 2009.

5. Fact discovery shall close on January 30, 2009. Expert discovery shall close on March 13, 2009.

### CASE SCHEDULE

6. Trial will commence on April 20, 2009. A pre-trial conference will be held on April 9, 2009. The parties shall prepare and file a joint pre-trial statement in advance of the pre-trial conference no later than April 3, 2009.

7. The last day upon which the Court may hear any dispositive motion shall be

1 | March 13, 2009.

2 |     IT IS SO ORDERED.

3

4 | Dated: _____, 2008

5 |                                             THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

6

7 | APPROVED AS TO FORM AND CONTENT.

8

9 | Dated: February 25, 2008           MORGAN, LEWIS & BOCKIUS LLP

10

11 |                                            By      /s/ Benjamin P. Smith
BENJAMIN P. SMITH

12 | Attorneys for Defendant and Counterclaimant
OLIN CORPORATION

13

14 | Dated: February 25, 2008           BINGHAM MCCUTCHEN LLP

15

16 |                                            By      /s/ Christopher P. Berka
CHRISTOPHER P. BERKA

17

18 | Attorneys for Plaintiff and Counter-Defendant
SANTA CLARA VALLEY WATER DISTRICT

## CERTIFICATION BY BENJAMIN P. SMITH PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am a lawyer licensed to practice law in the State of California, and am a Partner at the law firm of Morgan, Lewis & Bockius LLP, counsel for defendant Olin Corporation. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on February 25, 2008.

By      /s/ Benjamin P. Smith
        BENJAMIN P. SMITH