UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 4/30/08

Court Reporter:         Clerk:

Case No: C 07-3756 RMW         Case Title: Santa Clara Valley Water District   vs.   Olin Corp.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Christopher Berka<br>Emily Leahy | Randall C. Creech |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery

[X] Settlement      [ ] Final

[ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted          [ ] Submitted          [ ] Settled

[ ] Denied           [ ] Briefs to be filed    [X] Not Settled

[ ] Granted in part, denied in part          [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant          [ ] Court          [ ] Court w/opinion

NOTES: 3 HOURS

Parties to contact court after more discovery for another settlement event.