BINGHAM MCCUTCHEN LLP
CHRISTOPHER P. BERKA (SBN 94911)
chris.berka@bingham.com
HOLLY PEARSON (SBN 226523)
holly.pearson@bingham.com
EMILY LEAHY (SBN 253866)
emily.leahy@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Tel:  650.849.4400; Fax:  650.849.4800

Attorneys for Plaintiff and Counterdefendant
SANTA CLARA VALLEY WATER DISTRICT

MORGAN, LEWIS & BOCKIUS LLP
MICHAEL E. MOLLAND, State Bar No. 111830
BENJAMIN P. SMITH, State Bar No. 197551
AARON S. DUTRA, State Bar No. 216971
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000; Fax:  415.442.1001
E-mail:mmolland@morganlewis.com
           bpsmith@morganlewis.com
           asdutra@morganlewis.com

CREECH, LIEBOW & KRAUS
RANDALL C. CREECH, Cal. Bar #65542
333 West San Carlos Street, Suite 1600
San Jose, CA  95110
Tel:  (408) 993-9911; Fax:  (408) 993-1335
E-mail:  rcreech@sjlegal.com

Attorneys for Defendant and Counterclaimant
OLIN CORPORATION

***E-FILED - 12/4/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>OLIN CORPORATION, and DOES 1-10, inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | Case No. C07-03756 RMW<br><br>**STIPULATION AND []**<br>**ORDER MODIFYING CASE**<br>**MANAGEMENT ORDER**<br><br>Judge:     The Honorable Ronald M. Whyte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [] ORDER MODIFYING CASE
MANAGEMENT ORDER

USDC – N.D. Case No. C 07-03756 RMW

1  WHEREAS, the Santa Clara Valley Water District ("District") filed this action on July 20, 2007 against Defendant Olin Corporation ("Olin"), and filed a First Amended Complaint on October 18, 2007;

4  WHEREAS, Olin filed a counterclaim on November 1, 2007, and the District's motion to dismiss Olin's counterclaim is still under submission by the Court;

6  WHEREAS, a Case Management Conference was held before the Court on February 15, 2008, resulting in a Case Management Order of February 28, 2008 (Docket No. 57) specifying a trial date of April 20, 2009 and the close of fact discovery on January 30, 2009;

9  WHEREAS, the District and Olin have exchanged written discovery and are currently engaged in significant deposition discovery;

11  WHEREAS, Olin supplemented its initial disclosures on October 20, 2008, and the District supplemented its initial disclosures on or about November 10, 2008 to assert a new damages claim against Olin;

14  WHEREAS, the parties do not believe that it will be possible to complete all remaining fact discovery on or before January 20, 2009; and

16  WHEREAS, the parties seek to continue the trial and all related dates contained in the existing Case Management Order by approximately three months so that fact and expert discovery can be completed,

19  NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE and respectfully request that the Court modify the existing Case Management Order dates and continue the deadlines set forth in that Order by approximately three months as follows:

23  <u>Trial Date</u>:  The Court's first available trial date on or after July 20, 2009

24  <u>Disclosure of Expert Witnesses</u>:  On or about April 15, 2009

25  <u>Disclosure of Rebuttal Expert Witnesses</u>:  On or about May 8, 2009

26  <u>Close of Fact Discovery</u>:   On or about March 27, 2009

27  <u>Close of Expert Discovery</u>:  On or about May 25, 2009

28  <u>Last Day to Hear Dispositive Motions</u>:  On or about June 12, 2009

Pre-Trial Conference:  On or about July 9, 2009

Pre-Trial Conference Statement:  On or about July 2, 2009

**IT IS SO STIPULATED.**

Dated: December 1, 2008                MORGAN, LEWIS & BOCKIUS LLP


By          /s/ Benjamin P. Smith
    BENJAMIN P. SMITH

Attorneys for Defendant and Counterclaimant
OLIN CORPORATION

Dated: December 1, 2008                BINGHAM MCCUTCHEN LLP


By          /s/ Christopher P. Berka
    CHRISTOPHER P. BERKA

Attorneys for Plaintiff and Counter-Defendant
SANTA CLARA VALLEY WATER DISTRICT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___12/4_____, 2008    _Ronald M. Whyte_____
                                     THE HONORABLE RONALD M. WHYTE
                                     UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATION BY BENJAMIN P. SMITH PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am a lawyer licensed to practice law in the State of California, and am a Partner at the law firm of Morgan, Lewis & Bockius LLP, counsel for defendant Olin Corporation. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on December 1, 2008.

By          /s/ Benjamin P. Smith
          BENJAMIN P. SMITH