BINGHAM MCCUTCHEN LLP
CHRISTOPHER P. BERKA (SBN 94911)
chris.berka@bingham.com
HOLLY PEARSON (SBN 226523)
holly.pearson@bingham.com
EMILY LEAHY (SBN 253866)
emily.leahy@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223
Tel: 650.849.4400; Fax: 650.849.4800

Attorneys for Plaintiff and Counterdefendant
SANTA CLARA VALLEY WATER DISTRICT

MORGAN, LEWIS & BOCKIUS LLP
MICHAEL E. MOLLAND, State Bar No. 111830
BENJAMIN P. SMITH, State Bar No. 197551
AARON S. DUTRA, State Bar No. 216971
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000; Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
        bpsmith@morganlewis.com
        asdutra@morganlewis.com

CREECH, LIEBOW & KRAUS
RANDALL C. CREECH, Cal. Bar #65542
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Tel: (408) 993-9911; Fax: (408) 993-1335
E-mail: rcreech@sjlegal.com

Attorneys for Defendant and Counterclaimant
OLIN CORPORATION

E-filed: 3/13/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>OLIN CORPORATION, and DOES 1-10, inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | Case No. C07-03756 RMW<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER<br><br>Judge:   The Honorable Ronald M. Whyte |

STIP. AND [PROPOSED] ORDER MODIFYING CASE
MANAGEMENT ORDER
DB2/21024399.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

USDC – N.D. Case No. C 07-03756 RMW

1  WHEREAS, the Santa Clara Valley Water District ("District") filed this action on July 20, 2007, against Defendant Olin Corporation ("Olin"), and filed a First Amended Complaint on October 18, 2007;

WHEREAS, Olin filed a counterclaim on November 1, 2007, and the District's motion to dismiss Olin's counterclaim is still under submission by the Court;

WHEREAS, a Case Management Conference was held before the Court on February 15, 2008, resulting in a Case Management Order of February 28, 2008, (Docket No. 57) specifying a trial date of April 20, 2009, and the close of fact discovery on January 30, 2009;

WHEREAS, the District and Olin have exchanged written discovery and are currently engaged in significant deposition discovery;

WHEREAS, Olin supplemented its initial disclosures on October 20, 2008, and the District supplemented its initial disclosures on or about November 10, 2008, to assert a new damages claim against Olin;

WHEREAS, at the stipulation of the parties, the Case Management Order was modified by the Court on December 4, 2008, (Docket No. 63) specifying a trial date on or after July 20, 2009, and the close of fact discovery on March 27, 2009;

WHEREAS, Olin filed a motion for leave to amend its counterclaim on February 6, 2009;

WHEREAS, discovery is continuing;

WHEREAS, the parties do not believe that it will be possible to complete all remaining fact discovery on or before March 27, 2009;

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE and respectfully request that the Court modify the existing Case Management Order dates and continue the deadlines set forth in that Order as follows:

Trial Date: ~~The Court's first available trial date on or after~~ July 20, 2009 @ 1:30 pm.

Disclosure of Expert Witnesses: On or about May 18, 2009

Disclosure of Rebuttal Expert Witnesses: On or about June 10, 2009

Close of Fact Discovery: On or about April 30, 2009

Close of Expert Discovery: On or about June 30, 2009

1  Last Day to Hear Dispositive Motions: On ~~or about~~ June 12, 2009 @ 9:00 am.
2  Pre-Trial Conference: On or about July ~~10~~ 9, 2009 @ 2:00 pm.
3  Pre-Trial Conference Statement: On or about July 2, 2009

5  **IT IS SO STIPULATED.**

7  Dated: March 5, 2009                                MORGAN, LEWIS & BOCKIUS LLP

8                                                     By _____/s/ Benjamin P. Smith_____
9                                                          BENJAMIN P. SMITH

10                                                    Attorneys for Defendant and Counterclaimant
                                                      OLIN CORPORATION

12 Dated: March 5, 2009                               BINGHAM MCCUTCHEN LLP

13                                                    By _____/s/ Christopher P. Berka_____
14                                                         CHRISTOPHER P. BERKA

15                                                    Attorneys for Plaintiff and Counter-Defendant
16                                                    SANTA CLARA VALLEY WATER DISTRICT

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** *See attached*
18  *schedule.*

19  Dated: __3/13/09__, 2009       /s/ Ronald M. Whyte
20                                 THE HONORABLE RONALD M. WHYTE
                                   UNITED STATES DISTRICT COURT JUDGE