UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>        Plaintiff,<br><br>  v.<br><br>OLIN CORPORATION,<br><br>        Defendant.<br><br>AND RELATED CROSS-ACTION | Case No.: C 07-3756 PVT<br><br>**ORDER OF RECUSAL FROM DISCOVERY REFERENCE ONLY** |

    On August 16, 2007, this case was referred to Magistrate Judge Patricia V. Trumbull for discovery matters. On February 15, 2008, this case was referred to Magistrate Judge Patricia V. Trumbull for a settlement conference. A settlement conference was held before Magistrate Judge Patricia V. Trumbull on April 30, 2008. A further settlement conference is schedule to be held before Magistrate Judge Patricia V. Trumbull on May 13, 2009. On May 11, 2009, the parties each filed discovery motions. Based on the file herein and the prior settlement conference proceedings,

    IT IS HEREBY ORDERED that I recuse myself from hearing or determining any discovery matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another magistrate judge for discovery matters.

1     IT IS FURTHER ORDERED that the parties shall re-notice their discovery motions on the
2 motions calendar of the magistrate judge to whom this case is reassigned.
3     IT IS FURTHER ORDERED that this matter remains on my calendar for a settlement
4 conference on May 13, 2009.
5 Dated: *5/13/09*

                                */s/ Patricia V. Trumbull*
                                PATRICIA V. TRUMBULL
                                United States Magistrate Judge

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.*** |
| 4 | |
| 5 | <u>copies mailed on                    to:</u> |
| 6 | Plaintiff's Attorney's Name, Esq.<br>Address |
| 7 | |
| 8 | Defendant's Attorney's Name, Esq.<br>Address |

                                               _____
                                               CORINNE LEW
                                               Courtroom Deputy