**\*\* E-Filed 06/17/2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>          Plaintiff,<br>     v.<br><br>OLIN CORPORATION and DOES 1–10, inclusive,<br><br>          Defendants.<br>────────────────────────────<br>AND RELATED COUNTERCLAIM.<br>──────────────────────────── / | No. C07-03756 RMW (HRL)<br><br>**ORDER GRANTING IN PART AND DENYING AS MOOT IN PART DEFENDANT'S MOTION TO COMPEL**<br><br>[Re: Docket No. 124] |

Plaintiff Santa Clara Valley Water District (the "District") sued defendant Olin Corporation ("Olin") to recover costs for the District's response to groundwater contamination it alleges Olin caused in the Llagas Sub-basin. Olin countersued the District for reimbursement of Olin's remediation costs on grounds that the District concealed from the public its knowledge of a third party's earlier contamination.

Olin moved to compel further responses to requests for admissions, interrogatories, and requests for production. The District opposed the motion. Upon consideration of the papers filed by the parties, as well as the arguments presented at the June 16, 2009 motion hearing, this court grants Olin's motion in part and denies it as moot in part.

///

**DISCUSSION**

Although Olin moved to compel discovery for five categories of information, by the time the matter came up for hearing, the parties informed the court that they had resolved all matters except for three discrete issues. The court therefore denies as moot all other issues in Olin's motion to compel other than the three discussed below.

**A.     Third Set of Requests for Production: No. 12**

Olin asked for documents concerning the District's costs associated with its recharge claim against Olin. The District contends it has produced all responsive documents. Yet, Olin was dubious because it received so few documents. Under the circumstances, it is appropriate for the District to produce a supportive declaration. Within ten days of this order, the District shall submit a declaration by employee Darin Taylor (1) describing in detail the search for documents called for in Request No. 12 within the care, custody, or control of the District and (2) indicating that all such documents have been produced.

**B.     Fourth Set of Requests for Production: No. 6**

Request No. 6 asked for documents concerning the sources of water the District used to recharge the Llagas Sub-basin. At the hearing, Olin narrowed its request to the original and current contracts with the sources of the water. The District acknowledged that the contracts were public records. The District shall produce the original contracts and the currently operative contracts with the agencies supplying the water for recharge of the Llagas Sub-basin within ten days of this order.

**C.     Fourth Set of Requests for Production: No. 15**

Olin also requested the chromatograms resulting from the District's testing of Anderson Reservoir. Olin has since limited this request to chromatograms for perchlorate testing. The District agreed with that limitation. The District shall produce the chromatograms for perchlorate testing of Anderson Reservoir within ten days of this order.

**IT IS SO ORDERED.**

Dated: June 17, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**Notice will be electronically mailed to:**

| | |
|---|---|
| Christopher Berka | chris.berka@bingham.com |
| Greg Alan Christianson | greg.christianson@bingham.com |
| Emily Jane Leahy | emily.leahy@bingham.com |
| Holly Louise Pearson | holly.pearson@bingham.com |
| Michael Eric Molland | mmolland@morganlewis.com. |
| Randall C. Creech | Rcreech@sjlegal.com |
| Aaron Scott Dutra | asdutra@morganlewis.com |
| Benjamin Patrick Smith | bpsmith@morganlewis.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.