\*\* E-filed August 27, 2009 \*\*

MORGAN, LEWIS & BOCKIUS LLP
MICHAEL E. MOLLAND, State Bar No. 111830
BENJAMIN P. SMITH, State Bar No. 197551
AARON S. DUTRA, State Bar No. 216971
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: mmolland@morganlewis.com
        bpsmith@morganlewis.com
        asdutra@morganlewis.com

CREECH, LIEBOW & KRAUS
RANDALL C. CREECH, State Bar No. 65542
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335
E-mail: rcreech@sjlegal.com

Attorneys for Counter-Claimant
OLIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLIN CORPORATION,<br><br>                Counter-Claimant,<br><br>vs.<br><br>SANTA CLARA VALLEY WATER DISTRICT; AND DOES 1-10,<br><br>                Counter-Defendants. | Case No. C 07-03756 RMW<br><br>CONFIDENTIALITY AGREEMENT AND STIPULATED ORDER REGARDING OLIN CORPORATION'S MOTION FOR PROTECTIVE ORDER<br><br>Date:      September 1, 2009<br>Time:     10:00 a.m.<br>Courtroom: 2, 5th Floor<br>Judge:    Hon. Howard R. Lloyd |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21284374.1

CONFIDENTIALITY AGREEMENT AND STIPULATED ORDER RE
OLIN'S MOTION FOR PROTECTIVE ORDER - (C 07-03756 RMW)

On August 19, 2009 Olin Corporation ("Olin") filed a motion for a protective order regarding the production of certain information owned by Olin and/or MACTEC Engineering and Consulting, Inc. ("MACTEC") described as Groundwater Modeling Systems Files (hereinafter "Confidential Records"). In order to resolve this motion the Santa Clara Valley Water District ("District") and Olin hereby agree to, and the Court shall enter, the following stipulated protective order regarding the Confidential Records.

The CD or other folder containing any Confidential Records produced subject to this order shall be marked "Confidential: Produced Subject to Protective Order".

The District agrees to receive, hold, and use the Confidential Records only for purposes of the litigation of this action, Case No. C07-03756, and will not use any part of the Confidential Records for any business or other purpose and will not disclose Confidential Records or the substance or contents of those records to any third party.

The District may disclose Confidential Records to employees and consultant(s) acting on the District's behalf for the purpose of this litigation only. The District and its employees and consultant(s) agree to not use Confidential Records for any purpose other than this litigation and not for any business or other purpose and shall not disclose them to any third party.

At the conclusion of this litigation, all Confidential Records will be returned to Olin and the District will certify that no copies of any such records remain in the possession of the District, its employees or consultants.

**AGREED AND ACKNOWLEDGED:**

SANTA CLARA VALLEY WATER DISTRICT

DATE: August 25, 2009      By: _____
Thomas E. Kuhnle
Counsel for Santa Clara Valley Water District

OLIN CORPORATION

DATE: August 25, 2009      By: _____
Michael Molland
Counsel for Olin Corporation

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21284374.1          2          CONFIDENTIALITY AGREEMENT AND STIPULATED
ORDER RE OLIN'S MOTION FOR PROTECTIVE ORDER -
(C07-03756 RMW))

1  **SO ORDERED.**

3  DATE:  August 27, 2009

   _____
   HOWARD R. LLOYD
   United States Magistrate Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21284374.1

3

CONFIDENTIALITY AGREEMENT AND STIPULATED
ORDER RE OLIN'S MOTION FOR PROTECTIVE ORDER -
(C 07-03756 RMW))