1   BINGHAM MCCUTCHEN LLP                    ** E-Filed August 28, 2009 **
    Christopher P. Berka (SBN 94911)
2   chris.berka@bingham.com
    Thomas E. Kuhnle (SBN 178055)
3   tom.kuhnle@bingham.com
    Greg A. Christianson (SBN 181231)
4   greg.christianson@bingham.com
    Emily Leahy (SBN 253866)
5   emily.leahy@bingham.com
    1900 University Avenue
6   East Palo Alto, CA  94303-2223
    Telephone:  650.849.4400
7   Facsimile:  650.849.4800

8   Attorneys for Plaintiff and Counterdefendant.
    SANTA CLARA VALLEY WATER DISTRICT

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

13
    SANTA CLARA VALLEY WATER DISTRICT,          No. C07 03756 RMW (HRL)
14
                        Plaintiff,              STIPULATION AND [PROPOSED]
15          v.                                  ORDER REGARDING THE
                                                PRODUCTION OF CERTAIN
16  OLIN CORPORATION; and DOES 1-10,            COMPUTER FILES
    inclusive,                                  AS AMENDED BY THE COURT
17                                              Date:      September 1, 2009
                        Defendants.             Time:      10:00 a.m.
18                                              Place:     Courtroom 2, 5th Floor
                                                Judge:     Hon. Howard R. Lloyd
19
    AND RELATED COUNTERCLAIM
20

21          On August 24, 2009, Santa Clara Valley Water District (the "District") filed a

22  Motion to Compel regarding computer files used by an expert retained by Olin Corporation

23  ("Olin") named Michael Taraszki.  In particular, the District sought the electronic data input files

24  that Mr. Taraszki used in conducting MODFLOW and MT3DMS simulations in forming his

25  opinions (the "Input Files").  Olin disputes certain facts contained in the District's motion to

26  compel.  However, Olin has agreed to provide the District with electronic copies of Groundwater

27  Modeling Systems Files (the "GMS Files"), which Olin contends includes the Input Files, as

28  long as they are governed by a suitable protective order.  In order to resolve the issues raised in

A/73129473.3/3005231-0000321690

1    the District's Motion to Compel, the District and Olin hereby agree to, and the Court shall enter,

2    the following stipulation and order:

3              Olin agrees to deliver to the District's counsel during regular business hours on

4    Friday, August 28, 2009, copies of the Input Files and the GMS Files.  The production and use of

5    the Input Files and the GMS Files shall be governed by the Confidentiality Agreement and

6    Stipulated Order entered by the Court on August 27, 2009.  Olin and the District agree that the

7    Input Files and the GMS Files shall be produced as electronic files, and not TIFF images, so that

8    the Input Files can be read by the MODFLOW and MT3DMS computer programs using the

9    Groundwater Modeling Systems software.

10   **AGREED AND ACKNOWLEDGED:**

11

12   DATED:  August 27, 2009               Morgan, Lewis & Bockius LLP

13

14                                         By:_____/s/_____
15                                                    Michael E. Molland
                                            Attorneys for OLIN CORPORATION

16

17   DATED:  August 27, 2009               Bingham McCutchen LLP

18

19

20                                         By:_____/s/_____
                                                    Thomas E. Kuhnle
21                                          Attorneys for SANTA CLARA VALLEY
                                                     WATER DISTRICT

22

23   <u>**Pursuant to the parties' stipulation, the September 1, 2009 hearing on plaintiff's motion is**</u>
24   <u>**vacated.**</u>

25   **IT IS SO ORDERED.**

26   Date:                                 _____
                                            HOWARD R. LLOYD
27                                          United States Magistrate Judge

28

STIPULATION AND ORDER REGARDING THE PRODUCTION OF CERTAIN COMPUTER FILES
(C07 03756 RMW (HRL))