E-FILED on 9/2/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SANTA CLARA VALLEY WATER DISTRICT,

    Plaintiff,

v.

OLIN CORPORATION; and DOES 1-10, inclusive,

    Defendants.

No. C-07-03756 RMW

ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATES

Pursuant to the agreement reached by the parties at the settlement conference on September 1, 2009, the Pretrial Conference is hereby continued to September 14, 2009 at 2:00 p.m., and the Trial is hereby continued to September 21, 2009 at 1:30 p.m.

DATED:    9/2/09

    *Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATES   —No. C-07-03756 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Christopher Berka | chris.berka@bingham.com |
| Greg Alan Christianson | greg.christianson@bingham.com |
| Emily Jane Leahy | emily.leahy@bingham.com |
| Holly Louise Pearson | holly.pearson@bingham.com |

**Counsel for Defendants:**

| | |
|---|---|
| Randall C. Creech | Rcreech@sjlegal.com |
| Michael Eric Molland | mmolland@morganlewis.com |
| Aaron Scott Dutra | asdutra@morganlewis.com |
| Benjamin Patrick Smith | bpsmith@morganlewis.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 9/2/09                                TER
                                **Chambers of Judge Whyte**

ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATES —No. C-07-03756 RMW
TER                                     2