**E-FILED on** 9/15/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLIN CORPORATION; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. C-07-03756 RMW<br><br>ORDER FOR FURTHER SETTLEMENT CONFERENCE |

The parties are hereby ordered to appear before United Stated District Judge Jeremy Fogel at 1:30 p.m. on September 16, 2009 for a further pretrial settlement conference, unless the parties reach a settlement before then. Counsel and representatives of the parties with full settlement authority shall attend.

DATED:　　9/15/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER FOR FURTHER SETTLEMENT CONFERENCE   —No. C-07-03756 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Christopher Berka | chris.berka@bingham.com |
| Greg Alan Christianson | greg.christianson@bingham.com |
| Emily Jane Leahy | emily.leahy@bingham.com |
| Holly Louise Pearson | holly.pearson@bingham.com |

**Counsel for Defendants:**

| | |
|---|---|
| Randall C. Creech | Rcreech@sjlegal.com |
| Michael Eric Molland | mmolland@morganlewis.com |
| Aaron Scott Dutra | asdutra@morganlewis.com |
| Benjamin Patrick Smith | bpsmith@morganlewis.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   9/15/09

TER
**Chambers of Judge Whyte**

ORDER FOR FURTHER SETTLEMENT CONFERENCE  —No. C-07-03756 RMW
TER
2