ROBERT I. WESTERFIELD (# 112183)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rwesterfield@bowlesverna.com

Attorneys for Plaintiff
Santa Clara Valley Water District

**E-Filed 4/9/2010**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT, <br><br>  Plaintiff, <br><br> vs. <br><br> OLIN CORPORATION, and DOES 1-10, inclusive, <br><br>  Defendant. | **CASE NO.: 07-03756 RMW** <br><br> ~~[PROPOSED]~~ ORDER |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that a hearing to address the terms of the settlement between Santa Clara Valley Water District and United States Fidelity and Guaranty Company shall take place at 9:00 a.m. on April 14, 2010 unless the parties advise the Court that an agreement has been reached prior to that date. Counsel for Santa Clara Valley Water District and United States Fidelity and Guaranty Company shall attend in person along with client representatives with full authority to finalize the terms of a settlement agreement.

**IT IS SO ORDERED:**

DATED: 4/9/2010

HONORABLE JAMES ~~VOGEL~~ JEREMY