BINGHAM MCCUTCHEN LLP
Christopher P. Berka (SBN 94911)
chris.berka@bingham.com
Holly Pearson (SBN 226523)
holly.pearson@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

Attorneys for Plaintiff
SANTA CLARA VALLEY WATER DISTRICT

MORGAN, LEWIS & BOCKIUS LLP
Michael E. Molland (SBN 111830)
mmolland@morganlewis.com
Benjamin P. Smith (SBN 197551)
bpsmith@morganlewis.com
Aaron S. Dutra (SBN 216971)
asdutra@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001

CREECH, LIEBOW & KRAUS
Randall C. Creech (SBN 65542)
rcreech@sjlegal.com
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone:  408.993.9911
Facsimile:  408.993.1335

Attorneys for Defendant
OLIN CORPORATION

*E-FILED - 6/24/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>   Plaintiff,<br><br>  v.<br><br>OLIN CORPORATION; and DOES 1-10, inclusive,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIM | No. C07-03756 RMW<br><br>STIPULATION OF DISMISSAL |

A/73401638.1/3005231-0000321690

1  The Santa Clara Valley Water District (the "District") and Olin Corporation
2  ("Olin"), stipulate to the following:
3  WHEREAS, on July 20, 2007, the District filed a Complaint against Olin in this
4  action;
5  WHEREAS, on October 18, 2007, the District filed a First Amended Complaint;
6  WHEREAS, on November 1, 2007, Olin filed a Counterclaim against the District;
7  WHEREAS, on March 16, 2009, Olin filed a First Amended Counterclaim.
8  IT IS HEREBY STIPULATED by and between the parties to this action through
9  their designated counsel that Case No. C07-03756 RMW, in its entirety, including the
10 Complaint, First Amended Complaint, Counterclaim, and First Amended Counterclaim, be and
11 hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each
12 party will bear its own costs and attorneys' fees.
13 DATED:  June 8, 2010

Bingham McCutchen LLP

By:       /s/Christopher P. Berka
Christopher P. Berka
Attorneys for Plaintiff
SANTA CLARA VALLEY WATER DISTRICT

21 DATED:  June 8, 2010

Creech, Liebow & Kraus

By:       /s/Randall C. Creech
Randall C. Creech
Attorneys for Defendant
OLIN CORPORATION

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
2
3  DATED: ___6/23___, 2010       _/s/ Ronald M. Whyte_____
                                  THE HONORABLE RONALD M. WHYTE
4                                 UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATION BY CHRISTOPHER P. BERKA PURSUANT TO GENERAL ORDER NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.  I am a lawyer licensed to practice law in the State of California, and am a partner in the law firm of Bingham McCutchen LLP, counsel for Plaintiff Santa Clara Valley Water District. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.  The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on June 8, 2010.

      /s/ Christopher P. Berka
      Christopher P. Berka